IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE, et. al;<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL K. LEONARD, et. al;<br><br>Defendants. | **8:17CV379**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Kathleen R. Barrow, as counsel of record for Plaintiff, Central Valley Ag Cooperative, (Filing No. 69), is granted.

June 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge