IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTRAL VALLEY AG COOPERATIVE and CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN, | ) ) ) ) ) | CASE NO. 8:17-CV-379 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NOTICE OF SERVICE OF DISCOVERY** |
| DANIEL K. LEONARD; SUSAN LEONARD; THE BENEFIT GROUP, INC.; ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS; CLAIMS DELEGATE SERVICES, LLC; and GMS BENEFITS, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to NECivR 33.1, NECivR 34.1 and NECivR 36.1, The Benefit Group, Inc. certifies that on June 25, 2018, it served its First Set of Interrogatories, First Set of Request for Production of Documents, and First Set of Request for Admissions on the Plaintiff, Central Valley AG Cooperative, via e-mail and regular United States Mail.

DATED this 25th day of June, 2018.

THE BENEFIT GROUP, INC., Defendant

By: /s/ Timothy J. Thalken
Timothy J. Thalken, #22173
Elizabeth A. Culhane, #23632
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
(402) 341-6000
(402) 341-8290 - fax

tthalken@fslf.com
eculhane@fslf.com
ATTORNEYS FOR DEFENDANT
THE BENEFIT GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Michaelle Baumert, #20948
Jackson Lewis, P.C.
10050 Regency Circle
Suite 400
Omaha, NE  68114
(402) 391-1991
(402) 391-7363 - fax
michaelle.baumert@jacksonlewis.com
ATTORNEYS FOR PLAINTIFF

Richard P. Jeffries, #20089
Tara A. Stingley, #23243
Jordan R. Hasan, 25468
Cline Williams Wright Johnson &
  Oldfather, LLP
Sterling Ridge
12910 Pierce Street
Omaha, NE  68144
(402) 397-1700
(402) 397-1806 - fax
rickjeffries@clinewilliams.com
tstingley@clinewilliams.com
jhasan@clinewilliams.com
ATTORNEYS FOR DEFENDANTS
AMPS and CDS

René E. Thorne, LA Bar #22875
Jackson Lewis, P.C.
650 Poydras Street
Suite 1900
New Orleans, LA  70130
(504) 208-1755
(504) 208-1759 - fax
Rene.Thorne@jacksonlewis.com
ATTORNEYS FOR PLAINTIFF

Henry M. Perlowski, GA Bar #572393
Megan P. Mitchell, GA Bar #916934
Arnall Golden Gregory, LLP
171 17th Street NW
Suite 2100
Atlanta, GA  30363
(404) 873-8684
(404) 873-8685 - fax
Henry.perlowski@agg.com
Megan.mitchell@agg.com
ATTORNEYS FOR DEFENDANTS
AMPS AND CDS

2

3

James D. Sherrets, #15756
Diana J. Vogt, #19387
Robert S. Sherrets, #24791
Sherrets Bruno & Vogt, LLC
260 Regency Parkway Drive, Suite 200
Omaha, NE 68114
(402) 390-1112
(402) 390-1163 - fax
law@sherrets.com
ATTORNEYS FOR DEFENDANTS
DANIEL K. LEONARD, SUSAN
LEONARD AND GMS BENEFITS, INC.

/s/ Timothy J. Thalken

1917275 v1