IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE and CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL K. LEONARD, SUSAN LEONARD, THE BENEFIT GROUP, INC., ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS, CLAIMS DELEGATE SERVICES, LLC and GMS BENEFITS, INC.,<br><br>Defendants. | Case No. 8:17-cv-379<br><br><br>NOTICE OF SERVING INTERROGATORIES |

Defendant Anasazi Medical Payment Solutions, Inc. d/b/a Advanced Medical Pricing Solutions (Defendant AMPS), pursuant to NECivR 33.1, provides notice to the Court and to Plaintiff that on August 7, 2018, it served its Second Set of Interrogatories to Plaintiff Central Valley Ag Cooperative by sending the same to Plaintiff, via email, by and through its attorneys: Michaelle L. Baumert (Email: michaelle.baumert@jacksonlewis.com), Rene E. Thorne (Email: thorner@jacksonlewis.com), and Kenneth M. Wentz III (kenneth.wentz@jacksonslewis.com).

Dated: August 7, 2018.

ANASAZI MEDICAL PAYMENT
SOLUTIONS, INC. d/b/a ADVANCED
MEDICAL PRICING SOLUTIONS,
Defendant

12513326v1

        By:   *Richard P. Jeffries*
            Richard P. Jeffries #20089
            Tara A. Stingley #23243
            Jordan R. Hasan #25468
            CLINE WILLIAMS WRIGHT
            JOHNSON & OLDFATHER, LLP
            Sterling Ridge
            12910 Pierce Street
            Omaha, NE 68144
            Phone: (402) 397-1700
            Fax: (402) 397-1806
            rickjeffries@clinewilliams.com
            tstingley@clinewilliams.com
            jhasan@clinewilliams.com

            Henry M. Perlowski
            Georgia Bar No. 572393 (*pro hac vice*)
            Megan P. Mitchell
            Georgia Bar No. 916934 (*pro hac vice*)
            ARNALL GOLDEN GREGORY LLP
            171 17th Street NW
            Suite 2100
            Atlanta, GA 30363
            Phone: (404) 873-8684
            Fax: (404) 873-8685
            henry.perlowski@agg.com
            megan.mitchell@agg.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of said filing to all counsel of record.

            *Richard P. Jeffries*
            Richard P. Jeffries

12513326v1