UNITED STATE DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE for itself and as Fiduciary of the CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL K. LEONARD, SUSAN LEONARD, THE BENEFIT GROUP, INC., ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS, CLAIMS DELEGATE SERVICES, LLC and GMS BENEFITS, INC.,<br><br>    Defendants. | 8:17-CV-00379-LSC-CRZ<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS TO PLAINTIFF** |

Plaintiff states that Plaintiff served Plaintiff's Responses to Defendants' Discovery Requests via U.S. First-Class Mail, postage prepaid, on August 24, 2018, upon the following counsel of record:

Timothy J. Thaken
Elizabeth A. Culhane
FRASER STRYKE PC LLO
500 Energy Plaza
South 17th Street
Omaha, NE 68102

Richard P. Jeffries
Tara A. Stingley
Jordan R. Hasan
CLINE WMS. WRIGHT JOHNSON & OLDFATHER, LLP
409 Sterling Ridge
12910 Pierce Street
Omaha, NE 68144

Henry M. Perlowski
Megan P. Mitchell
ARNALL GOLDEN GREGORY, LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363

James D. Sherrets
Diana J. Vogt
Robert S. Sherrets
SHERRETS BRUNO & VOGT, LLC
260 Regency Parkway Drive, Suite 200
Omaha, NE 68114

Dated this 28th day of August, 2018.

CENTRAL VALLEY AG COOPERATIVE, for itself and as Fiduciary of the CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN, Plaintiff

By:     */s/ Michaelle l. Baumert*
Michaelle L. Baumert, NE #20948
Kenneth M. Wentz, III, NE #23580
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, NE 68114
Phone: (402) 391-1991
Fax: (402) 391-7363
Email: Michaelle.Baumert@jacksonlewis.com
Email: wentzk@jacksonlewis.com

René E. Thorne (admitted *pro hac vice*)
JACKSON LEWIS P.C.
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Phone: (504) 208-1755
Fax: (504) 208-1759
Email: ThorneR@jacksonlewis.com

ATTORNEYS FOR PLAINTIFF

4817-3307-0961, v. 1