IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CENTRAL VALLEY AG COOPERATIVE, for itself and as Fiduciary of the Central Valley Ag Cooperative Health Care Plan;

Plaintiffs,

vs.

THE BENEFIT GROUP, INC., et. al;

Defendants.

8:17CV379

ORDER

After conferring with counsel,

IT IS ORDERED:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#))), are:

| | |
|---|---|
| For the plaintiff(s): | December 31, 2018. |
| For the defendant(s): | March 1, 2019. |
| Rebuttal experts | April 1, 2019 |

2) A telephonic conference with the undersigned magistrate judge will be held on April 5, 2019 at 10:00 a.m. to discuss the status of case progression. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 75), to participate in the call.

October 26, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge