UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE and CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>DANIEL K. LEONARD, SUSAN LEONARD THE BENEFIT GROUP, INC, ANASAZI MEDICAL PAYMENT SOLUTIONS, INC d/b/a ADVANCED MEDICAL PRICING SOLUTIONS, CLAIMS DELEGATE SERVICES LLC and GMS BENEFITS, INC.,<br><br>    Defendants. | Case No. 8:17-cv-379<br><br>GMS BENEFITS, INC. ANSWERS TO FIRST SET OF INTERROGATORIES |

COME NOW GMS Benefits, Inc. and Dan and Sue Leonard and give notice that on this 26th day of October, 2018, they served GMS' and the Leonards' Answers to CVA's First Interrogatories to GMS and the Leonards, GMS' and the Leonards' Responses to CVA's First Requests for Production of Documents to GMS and the Leonards, and GMS' and the Leonards' Responses to CVA's First Request for Admissions to GMS and the Leonards by email to the email addresses of each counsel set forth in the below chart:

| | |
|---|---|
| Henry M. Perlowski<br>Megan P. Mitchell<br>ARNALL GOLDEN GREGORY LLP<br>171 17th Street N.W, Suite 2100<br>Atlanta, GA  30363 | henry.perlowski@agg.com<br>megan.mitchell@agg.com |
| Richard P. Jeffries<br>Tara A. Stingley<br>Jordan R. Hasan<br>CLINE WILLIAMS WRIGHT<br>  JOHNSON AND OLDFATHER, LLP<br>Sterling Ridge | rickjeffries@clinewilliams.com<br>tstingley@clinewilliams.com<br>jhasan@clinewilliams.com |

1

| | |
|---|---|
| 12910 Pierce Street<br>Omaha, NE  68144 | |
| Michaelle Baumert<br>JACKSON LEWIS, P.CO.<br>10050 Regency Circle, Suite 400<br>Omaha, NE  68114 | michaelle.baumert@jacksonlewis.com |
| Rene E. Thorne<br>JACKSON LEWIS, PC<br>650 Poydras Street, Suite 1900<br>New Orleans, LA  70130 | thorner@jacksonlewis.com |
| Timothy L. Thalken<br>Emily R. Langdon<br>Brandon J. Crainer<br>Elizabeth A. Culhane<br>FRASER, STRYKER LAW FIRM<br>409 South 17th Street<br>Suite 500, Energy Plaza<br>Omaha, NE  68102 | tthalken@fraserstryker.com<br>elangdon@fraserstryker.com<br>bcrainer@fraserstryker.com<br>eculhane@fraserstryker.com |

Dated this 26th day of October, 2018.

By:     */s/ Diana J. Vogt*
Diana J. Vogt, NE #19387
Robert S. Sherrets, NE #24791
SHERRETS BRUNO & VOGT LLC
260 Regency Parkway Drive, St. 200
Omaha, NE  68114
(402)390-1112 Telephone
(402)390-1163 Facsimile
law@sherrets.com

ATTORNEYS FOR DEFENDANTS DANIEL K. LEONARD, SUSAN LEONARD AND GMS BENEFITS, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of October, 2018, I caused the foregoing document to be filed with the CM/ECF filing system of the United States District Court for the District of Nebraska which will effect service on each entity who is a registered user of the CM/EFC and that I am unaware of any party represented by an attorney who is not a registered user of the CM/ECF system.

     */s/ Diana J. Vogt*
Diana J. Vogt