IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALVEY AG COOPERATIVE,<br><br>   Plaintiff,<br><br>v.<br><br>DANIEL K. LEONARD; SUSAN LEONARD; THE BENEFIT GROUP INC.; ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS; CLAIMS DELEGATE SERVICES, LLC; and GMS BENEFITS, INC.,<br><br>   Defendants | CASE NO. 8:17-cv-379 |

**PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND EXPERT WITNESS DEADLINES AND TO ESTABLISH PROGRESSION DEADLINES**

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby moves this Court for an Order: (1) continuing the trial date, currently set for August 13, 2019, until early November 2019, at a date and time consistent with this Court's docket; (2) continuing deadlines for expert witness disclosures from January 15, 2019 for Plaintiff, March 15, 2019 for Defendants, and April 1, 2019 for Plaintiff's rebuttal experts, until April 15, 2019, May 15, 2019, and June 1, 2019, respectively; and (3) establishing case progression deadlines consistent with this Court's docket. Plaintiff submits is brief and evidence of index in support hereof.

DATED this 14th day of December, 2018.

        CENTRAL VALLEY AG COOPERATIVE,
        Plaintiff.

BY: /s/ *Michaelle L. Baumert*
   Michaelle L. Baumert, NE Bar #20948
   Kenneth M. Wentz, III, NE Bar #23580
   JACKSON LEWIS P.C.
   10050 Regency Circle, Suite 400
   Omaha, NE  68114
   Phone:  (402) 391-1991
   Fax: (402) 391-7363
   Email: Michaelle.Baumert@jacksonlewis.com
   Email: wentzk@jacksonlewis.com

   René E. Thorne (admitted *pro hac vice*)
   JACKSON LEWIS P.C.
   650 Poydras Street, Suite 1900
   New Orleans, LA 70130
   Phone: (504) 208-1755
   Fax: (504) 208-1759
   Email: thorner@jacksonlewis.com

   ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 14th day of December 2018, I electronically filed the foregoing document with the United States District Court for the District of Nebraska e-filing system which will sent notification of said filing to all counsel of record.

            /s/ *Michaelle L. Baumert*
            Michaelle L. Baumert

4835-9292-9154, v. 1