From: THALKEN, TIMOTHY <TTHALKEN@FraserStryker.com>
Sent: Wednesday, December 12, 2018 4:26 PM
To: Thorne, René E. (New Orleans) <Rene.Thorne@jacksonlewis.com>; Henry.Perlowski@AGG.com; Megan.Mitchell@agg.com; Baumert, Michaelle L. (Omaha) <Michaelle.Baumert@Jacksonlewis.com>; dvogt@sherrets.com
Subject: TBG Supplemental Production (TBG18999-19549)

I'm using Mimecast to share large files with you. Please see the attached instructions.

I'm using Mimecast to share large files with you. Please see the attached instructions.

Counsel:

Attached is a link to Mimecast with a supplemental production of documents Bates labeled TBG00018999-19549. I'll also send a CD with these documents.

-Tim



**Timothy J. Thalken**
Attorney
Fraser Stryker PC LLO
500 Energy Plaza | 409 South 17th Street | Omaha, NE 68102
Direct Dial 402.978.5285 | Fax 402.341.8290
tthalken@fraserstryker.com

The information contained in this message is confidential and may be attorney client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message. Thank you.

EXHIBIT 24