**From:** Law Office <law@sherrets.com>
**Sent:** Friday, January 04, 2019 2:10 PM
**To:** Perlowski, Henry M. <Henry.Perlowski@AGG.com>; Mitchell, Megan P. <Megan.Mitchell@agg.com>; Rick Jeffries (rickjeffries@clinewilliams.com) (rickjeffries@clinewilliams.com) <rickjeffries@clinewilliams.com>; tstingley@clinewilliams.com; jhasan@clinewilliams.com; Baumert, Michaelle L. (Omaha) <Michaelle.Baumert@Jacksonlewis.com>; Thorne, René E. (New Orleans) <Rene.Thorne@jacksonlewis.com>; 'THALKEN, TIMOTHY' <TTHALKEN@FraserStryker.com>; elangdon@fraserstryker.com; bcrainer@fraserstryker.com; eculhane@fraserstryker.com
**Cc:** Diana Vogt <dvogt@sherrets.com>
**Subject:** CVA v. Leonard et al.

Please see the attached emails bates labeled 037886.2-042219.2.

All of the emails have been converted to pdf for numbering purposes, but there is a folder titled "natives" that contains the original emails.

If you have any issues accessing/downloading, please do not hesitate to contact me.

| Citrix Attachments | Expires July 3, 2019 |
|---|---|
| Docs Prod 1.4.19 037886.2-042219.2.zip | 388.2 MB |

**Download Attachments**

Alysia Waller uses Citrix Files to share documents securely.

Thank you.

```
Alysia D. Waller
Sherrets Bruno & Vogt LLC
260 Regency Parkway Drive Suite 200
Omaha, Ne 68114
Phone: (402) 390-1112
Fax: (402) 390-1163
EMAIL: law@sherrets.com
```

This e-mail message is a confidential communication from the law firm of Sherrets Bruno & Vogt, LLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, is privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited and is a tortious interference with our confidential business relationships. If this was erroneously sent to you, please notify us

immediately at (402) 390-1112 and permanently delete the original and any electronic or printed copies of this electronic communication.