# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

January 29, 2019

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2517471
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2517471
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 12/03/18 | A. Gutierrez | 1.20 | 300.00 | Correspondence with Ms. Reed regarding status of review of Nebraska Heart claim; review updated settlement spreadsheet received from CHI; correspondence with ▮▮▮▮▮ ▮▮▮▮▮▮▮ correspondence with Mr. Hatt regarding settlement status |
| 12/04/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze documentation ▮▮▮▮▮ |
| 12/04/18 | A. Gutierrez | 0.40 | 100.00 | Telephone conference with ▮▮▮▮▮ review correspondence from Ms. Reed regarding Nebraska Heart claim |

**EXHIBIT "C"**

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303933

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 29, 2019
Client Matter No. 1504101-7
Invoice No. 2517471
Page 2

| | | | | |
|---|---|---|---|---|
| 12/06/18 | A. Gutierrez | 2.20 | 550.00 | Draft settlement agreement; correspondence ███ ██████ correspondence with Mr. Hatt regarding settlement agreement |
| 12/13/18 | A. Gutierrez | 0.20 | 50.00 | Correspondence with Ms. Reed regarding status of review of Nebraska Heart claim; review ████████ |
| 12/14/18 | A. Gutierrez | 0.20 | 50.00 | Correspondence with Ms. Reed to inquire as to status of review of Nebraska Heart claim; correspondence ██████████ |
| 12/17/18 | A. Gutierrez | 0.10 | 25.00 | Correspondence with Ms. Reed regarding CHI negotiation |
| 12/18/18 | P. Bartels | 0.30 | 72.00 | Review correspondence regarding physical therapy claim denial |
| 12/18/18 | A. Gutierrez | 0.60 | 150.00 | Review letter received from Ms. Peterson and analyze options to respond |
| 12/19/18 | A. Gutierrez | 0.30 | 75.00 | Correspondence with Ms. Reed regarding review of Nebraska Heart claim |
| 12/20/18 | A. Gutierrez | 1.20 | 300.00 | Correspondence with Ms. Reed regarding calculation of Nebraska Heart claim; correspondence with ████████ telephone conference ████ |
| 12/27/18 | A. Gutierrez | 0.40 | 100.00 | Review correspondence from Ms. Langdon confirm no appeal on the Peterson matter; correspondence with ██████ correspondence with Ms. Reed regarding Nebraska Heart claim; review calculation regarding Nebraska Heart claim received from Ms. Reed |
| 12/28/18 | A. Gutierrez | 0.40 | 100.00 | Review calculation received from Ms. Reed regrading Nebraska Health claim; telephone conference with Ms. Reed regarding Nebraska Health claim |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303934

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 29, 2019
Client Matter No. 1504101-7
Invoice No. 2517471
Page 3

| | | | | |
|---|---|---|---|---|
| 12/31/18 | P. Bartels | 0.20 | 48.00 | Correspond with Ms. Gutierrez regarding response letter to claimant |
| 12/31/18 | A. Gutierrez | 0.30 | 75.00 | Correspondence with ██████ ; correspondence with ██████ |

TOTAL HOURS                        8.20

TOTAL FOR SERVICES RENDERED                                    $2,034.00

TOTAL CURRENT AMOUNT DUE                                       $2,034.00

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| P. Bartels | 0.50 | $240.00 | $120.00 |
| A. Gutierrez | 7.50 | 250.00 | 1,875.00 |
| M. Fosbender | 0.20 | 195.00 | 39.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303935

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

December 20, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2505354
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2505354
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 11/02/18 | A. Gutierrez | 0.30 | 75.00 | Review correspondence from Ms. Mitchell; correspondence with Mr. Booher to provide information received from AMPS |
| 11/06/18 | A. Gutierrez | 0.10 | 25.00 | Correspondence with Mr. Booher regarding request for a final report |
| 11/09/18 | A. Gutierrez | 0.10 | 25.00 | Correspondence with Mr. Booher to follow up on settlement negotiations |
| 11/13/18 | A. Gutierrez | 0.10 | 25.00 | Correspondence with ████████ regarding ██████ |
| 11/19/18 | M. Fosbender | 0.20 | 39.00 | Review correspondence from Mr. Booher at CHI regarding settlement and correlating attachments |
| 11/19/18 | A. Gutierrez | 0.80 | 200.00 | Review information received from Mr. Booher; correspondence with Mr. Booher; correspondence with ████ ████; telephone conference with ████ ████████████████ ████████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 20, 2018
Client Matter No. 1504101-7
Invoice No. 2505354
Page 2

| 11/26/18 | A. Gutierrez | 0.60 | 150.00 | Correspondence with Mr. Booher regarding finalization of settlement; telephone conference with ███████████ ███████████ telephone conference with Ms. Reed to seek help in resolve a claim in dispute with CHI |
| 11/27/18 | A. Gutierrez | 0.50 | 125.00 | Telephone conference with Ms. Reed regarding review of CHI Neb. Heart claim |
| 11/28/18 | A. Gutierrez | 1.20 | 300.00 | Prepare for telephone conference with Messrs. Booher and Hatt; attend telephone conference with Messrs. Booher and Hatt regarding finalization of CHI settlement |
| 11/29/18 | M. Fosbender | 0.10 | 19.50 | Review correspondence from Mr. Hatt at CHI regarding settlement and correlating attachments |
| 11/29/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ███████████ ███████████ ██████ |
| 11/29/18 | A. Gutierrez | 0.40 | 100.00 | Correspondence with ███████████ ███████████ ███████████ review correspondence from Mr. Hatt |

TOTAL HOURS                    4.50

TOTAL FOR SERVICES RENDERED                              $1,103.00

TOTAL CURRENT AMOUNT DUE                                 $1,103.00

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303937

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 20, 2018
Client Matter No. 1504101-7
Invoice No. 2505354
Page 3

**SUMMARY**

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| A. Gutierrez | 4.10 | $250.00 | $1,025.00 |
| M. Fosbender | 0.40 | 195.00 | 78.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303938

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

October 23, 2017

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2357986
Client Matter No. 1504101-7

Ms. Michaelle Baumert
Central Valley Ag Cooperative
Suite 400
10050 Regency Circle
Omaha, NE 68114

Invoice No. 2357986
1504101-7

Re:    TBG Litigation

For Professional Legal Services Rendered

| | | | | |
|---|---|---|---|---|
| 09/05/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ▮▮▮ ▮▮▮ |
| 09/05/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ▮▮▮ ▮▮▮ ▮▮▮ |
| 09/06/17 | A. Gutierrez | 0.30 | 75.00 | Review and analyze ▮▮▮ ▮▮ |
| 09/06/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ▮▮▮ ▮▮ regarding scheduling a conference call |
| 09/06/17 | R. Slovek | 0.30 | 105.00 | Review facts related to stop loss issue in preparation for conference call with ▮▮ ▮▮ |
| 09/06/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ▮▮▮ ▮▮▮ |
| 09/07/17 | R. Slovek | 0.20 | 70.00 | Report outcome of conference call to Ms. Gutierrez and identify a Kutak benefits attorney to assist |
| 09/07/17 | R. Slovek | 0.50 | 175.00 | Prepare for and complete conference call with ▮▮▮ ▮▮ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303939

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
October 23, 2017
Client Matter No. 1504101-7
Invoice No. 2357986
Page 2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/08/17 | R. Slovek | 2.80 | 980.00 | Review materials provided by ████ ████████ and prepare correspondence to TPA demanding contact information for stop loss carrier and notify ███████████; complete conference calls with clients |
| 09/11/17 | A. Gutierrez | 1.40 | 350.00 | Prepare letter to TPA regarding demand for contact info for stop loss insurer contact; review correspondence and insurance policy in preparation to draft letter to TPA |
| 09/11/17 | R. Slovek | 0.50 | 175.00 | Prepare letter to TBG and circulate for comment by ████████████ |
| 09/12/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ███████████ |
| 09/22/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ███████████ |
| 09/25/17 | A. Gutierrez | 0.30 | 75.00 | Review docket to identify any new discovery related filings; correspondence with Mr. Slovek to provide update on case status |
| 09/25/17 | R. Slovek | 0.20 | 70.00 | Report status of Mr. Davidson to ████ and calendar conference call to Mr. Davidson |
| 09/25/17 | R. Slovek | 0.20 | 70.00 | Review status of docket sheet to determine recent filings |
| 09/25/17 | R. Slovek | 0.40 | 140.00 | Prepare for and attempt to contact Mr. Davidson to determine status of underlying suit |
| 09/28/17 | R. Slovek | 0.20 | 70.00 | Prepare for telephone call with Mr. Davis outlining issues for discussion |

**TOTAL HOURS**       8.90

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303940

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
October 23, 2017
Client Matter No. 1504101-7
Invoice No. 2357986
Page 3

| | |
|---|---|
| TOTAL FOR SERVICES RENDERED | $2,915.00 |

DISBURSEMENTS

| | |
|---|---|
| Reproduction Costs | 0.80 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | 0.80 |

| | |
|---|---|
| TOTAL CURRENT AMOUNT DUE | $2,915.80 |

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 2.00 | $250.00 | $500.00 |
| R. Slovek | 6.90 | 350.00 | 2,415.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303941

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

November 13, 2017

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2362469
Client Matter No. 1504101-7

Ms. Michaelle Baumert
Central Valley Ag Cooperative
Suite 400
10050 Regency Circle
Omaha, NE 68114

Invoice No. 2362469
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| | | | | |
|---|---|---|---|---|
| 10/04/17 | A. Gutierrez | 0.20 | 50.00 | Review docket for recent activity; correspondence with Mr. Slovek regarding next steps in litigation |
| 10/05/17 | A. Gutierrez | 3.10 | 775.00 | Draft letter to counsel for TBG regarding entry of Kutak appearance; review provisions in contract between the Plan and TBG regarding parties' rights and obligations when litigation is initiated; review docket in state court actions for recent activity; correspondence with Mr. Slovek regarding analysis of same; review and analyze motion for summary judgment and motion to compel filed in the Midlands Choice lawsuit |
| 10/09/17 | A. Gutierrez | 0.30 | 75.00 | Initial review of complaint and TRO documents filed in federal litigation |
| 10/09/17 | R. Slovek | 0.40 | 140.00 | Review memorandum supporting TRO |
| 10/09/17 | R. Slovek | 0.60 | 210.00 | Review complaint and provide comments to ▇▇▇▇▇▇ |
| 10/10/17 | A. Gutierrez | 1.50 | 375.00 | Review and analyze draft complaint and memorandum in support of TRO |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 13, 2017
Client Matter No. 1504101-7
Invoice No. 2362469
Page 2

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 10/11/17 | R. Slovek | 0.30 | 105.00 | Review, revise and execute affidavit to support TRO |
| 10/12/17 | R. Slovek | 0.20 | 70.00 | Telephone conference with ███ ████████ ███████ |
| 10/12/17 | R. Slovek | 0.30 | 105.00 | Review final form of complaint and TRO request |
| 10/13/17 | R. Slovek | 0.40 | 140.00 | Exchange of correspondence regarding status of filing, identity of proper parties and filing of appearance on behalf of CVA |
| 10/16/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ████████ ████████████ |
| 10/18/17 | A. Gutierrez | 1.10 | 275.00 | Revise appearances and prepare same for filing; correspondence with ███ ████████ ████████; conference with Mr. Slovek regarding matter status; telephone conference ███ ██████████ |
| 10/18/17 | R. Slovek | 0.60 | 210.00 | Revise plan for claims handling including creation of spreadsheet to include relevant information |
| 10/18/17 | R. Slovek | 0.90 | 315.00 | Review Motion to Withdraw and prepare and file appearances; review correspondence █████████████ ████████████ e-mail exchanges scheduling call to organize claims handling |
| 10/19/17 | R. Slovek | 0.30 | 105.00 | Report status ████████████ |
| 10/19/17 | R. Slovek | 0.40 | 140.00 | Commence preparation of correspondence to plan participants and sort out identities of parties and representatives |
| 10/19/17 | R. Slovek | 0.40 | 140.00 | Telephone conference with Mr. Jeffries, attorney for TBA, regarding transitioning existing claims handling |
| 10/19/17 | R. Slovek | 0.40 | 140.00 | Receive executed order allowing withdrawal and review pleadings to provide defense to CVA going forward |
| 10/19/17 | R. Slovek | 0.70 | 245.00 | Organize claims handling process starting with creation of spreadsheet |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 13, 2017
Client Matter No. 1504101-7
Invoice No. 2362469
Page 3

| | | | | |
|---|---|---|---|---|
| 10/20/17 | A. Gutierrez | 1.20 | 300.00 | Telephone conference with ███████ ███████ review and analyze business associate agreement |
| 10/20/17 | R. Slovek | 0.20 | 70.00 | Correspondence with Mr. Davidson scheduling in-person meeting to review claims and demands |
| 10/20/17 | R. Slovek | 0.20 | 70.00 | Organize and forward claim information |
| 10/20/17 | R. Slovek | 0.20 | 70.00 | Review business associate agreement |
| 10/20/17 | R. Slovek | 0.20 | 70.00 | Contact ███████ to schedule conference call |
| 10/20/17 | R. Slovek | 0.40 | 140.00 | Review summary from ███████ |
| 10/20/17 | R. Slovek | 0.40 | 140.00 | Call from Ms. Lamprecht, participant and claimant to discuss status of claims settlements, contact Mr. Jeffries to request COBs for participant |
| 10/20/17 | R. Slovek | 0.90 | 315.00 | Design claims handling template after receipt of first claim |
| 10/20/17 | R. Slovek | 1.20 | 420.00 | Prepare for and complete call ███████ ███████ ███████ |
| 10/23/17 | A. Gutierrez | 0.50 | 125.00 | Review allegations in complaint regarding stop loss insurance issues; correspondence with Mr. Slovek regarding same; correspondence with ███████ |
| 10/23/17 | R. Slovek | 0.20 | 70.00 | Telephone conference with plan participant, Ms. Lambrecht regarding her individual claim payment |
| 10/23/17 | R. Slovek | 0.20 | 70.00 | Review and execute BAA |
| 10/23/17 | R. Slovek | 0.20 | 70.00 | Correspondence with Mr. Davidson, counsel for Methodist, to schedule visit |
| 10/23/17 | R. Slovek | 0.20 | 70.00 | Schedule call with ███████ |
| 10/23/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ███████ |
| 10/23/17 | R. Slovek | 0.30 | 105.00 | Begin process of preparing notice to all covered members |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303944

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 13, 2017
Client Matter No. 1504101-7
Invoice No. 2362469
Page 4

| | | | | |
|---|---|---|---|---|
| 10/23/17 | R. Slovek | 0.30 | 105.00 | Review documents from plan participant, Ms. Lambrecht and forward to co-counsel |
| 10/23/17 | R. Slovek | 0.30 | 105.00 | Prep for call with ███████ ███████████████████ |
| 10/23/17 | R. Slovek | 0.40 | 140.00 | Commence process of identifying universe of providers |
| 10/23/17 | R. Slovek | 0.80 | 280.00 | Continue to set up claims handling process and procedure |
| 10/23/17 | R. Slovek | 0.80 | 280.00 | Review plan documents and stop loss issues |
| 10/24/17 | A. Gutierrez | 1.40 | 350.00 | Conference with Ms. Vangrud regarding organization of claims; telephone conference with ████████████; correspondence with Mr. Davidson regarding settlement demand; telephone conference with █████████████████ ███████████████████ |
| 10/24/17 | R. Slovek | 0.20 | 70.00 | Report to ██████████████████ ████ |
| 10/24/17 | R. Slovek | 0.20 | 70.00 | Arrange pick up of documents from Tim Thalken |
| 10/24/17 | R. Slovek | 0.30 | 105.00 | Correspondence with Mr. Davidson, attorney for Methodist, regarding settlement possibilities |
| 10/24/17 | R. Slovek | 0.30 | 105.00 | Report ████████████ and follow-up correspondence regarding same |
| 10/24/17 | R. Slovek | 0.40 | 140.00 | Separate e-mail exchanges with ███ ████████ |
| 10/24/17 | R. Slovek | 0.70 | 245.00 | Complete telephone call with ███ |
| 10/24/17 | R. Slovek | 0.90 | 315.00 | Prepare for call with █████████████████████ |

**KUTAK ROCK LLP**
Central Valley Ag Cooperative
November 13, 2017
Client Matter No. 1504101-7
Invoice No. 2362469
Page 5

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/24/17 | K. Vangrud | 2.40 | 408.00 | Conference with Ms. Gutierrez regarding background of matter and organization of incoming claims and providers; obtain docket sheets from both Lancaster County District Court cases involving CVA; prepare spreadsheet containing a list of all medical providers with claims against CVA; conduct searches to identify other lawsuits filed against CVA during the period of time from January 1, 2015 to the present; calculate amount being claimed against CVA in the two Douglas County District Court lawsuits |
| 10/25/17 | A. Gutierrez | 0.20 | 50.00 | Review correspondence from Mr. Davidson; review correspondence from ▆▆▆▆▆ |
| 10/25/17 | R. Slovek | 0.10 | 35.00 | Forward Mr. Davidson's correspondence ▆▆ ▆▆ regarding settlement history |
| 10/25/17 | R. Slovek | 0.20 | 70.00 | Correspondence from Mr. Davidson regarding settlement negotiation history |
| 10/25/17 | R. Slovek | 4.70 | 1,645.00 | Review claims files forwarded ▆▆▆▆ ▆▆▆▆ and organize same for purposes of claims handling and divide claims handling responsibilities between UMR and Kutak Rock |
| 10/26/17 | A. Gutierrez | 1.30 | 325.00 | Review multiple correspondence ▆▆▆▆ ▆▆▆▆ direct Ms. Vangrud regarding organization of claims information received; conference with Mr. Bob regarding incoming claims |
| 10/26/17 | R. Slovek | 0.20 | 70.00 | Line up paralegal to administer claims |
| 10/26/17 | R. Slovek | 0.20 | 70.00 | Exchange correspondence with ▆▆▆▆ ▆▆▆▆ regarding topics for conference call |
| 10/26/17 | R. Slovek | 0.20 | 70.00 | Review TBG weekly funding request |
| 10/26/17 | R. Slovek | 0.30 | 105.00 | Consult expert regarding claims valuation and claims handling |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 13, 2017
Client Matter No. 1504101-7
Invoice No. 2362469
Page 6

| | | | | |
|---|---|---|---|---|
| 10/26/17 | R. Slovek | 0.40 | 140.00 | Review correspondence regarding issue of funding claims payments made by TBG |
| 10/26/17 | R. Slovek | 0.50 | 175.00 | Continue to organize claims management approach |
| 10/26/17 | R. Slovek | 0.50 | 175.00 | Prep for call with Mr. Davidson, counsel for Methodist, regarding defensive matter going forward |
| 10/26/17 | K. Vangrud | 1.80 | 306.00 | Conference with Ms. Gutierrez regarding organization of claim documents; review and organize documents provided by The Benefit Group for individual insureds; review documents provided by client |
| 10/27/17 | A. Gutierrez | 2.70 | 675.00 | Prep for meeting with Mr. Davidson; attend meeting with Mr. Davidson; conference with Ms. Vangrud regarding claims information received from client; prepare report of meeting with Mr. Davidson ████████ ████████ telephone conference with Ms. Reed to set up meeting to discuss protocol for claims settlement |
| 10/27/17 | R. Slovek | 0.20 | 70.00 | Telephone conference with ████ ████ |
| 10/27/17 | R. Slovek | 0.20 | 70.00 | Schedule and prepare call with expert Ms. Reed |
| 10/27/17 | R. Slovek | 0.40 | 140.00 | Prepare report ████████████ ████████████ ████ |
| 10/27/17 | R. Slovek | 0.70 | 245.00 | Prepare for meeting with Mr. Davidson, attorney for Methodist, by reviewing status of Methodist case including all pleadings |
| 10/27/17 | R. Slovek | 0.80 | 280.00 | Complete meetings with Mr. Davidson at his office to discuss status of settlement |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 13, 2017
Client Matter No. 1504101-7
Invoice No. 2362469
Page 7

| | | | | |
|---|---|---|---|---|
| 10/27/17 | K. Vangrud | 0.70 | 119.00 | Conference with Ms. Gutierrez regarding review and analysis of claim information provided by The Benefit Group; review and analyze documents received from The Benefit Group |
| 10/30/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ███████ |
| 10/30/17 | R. Slovek | 0.20 | 70.00 | Contact ███████████ |
| 10/30/17 | R. Slovek | 0.20 | 70.00 | Separate call ███████ |
| 10/30/17 | R. Slovek | 0.20 | 70.00 | Call with ███████ |
| 10/30/17 | R. Slovek | 0.20 | 70.00 | Contact Mr. Davidson regarding upcoming decision on mediation |
| 10/30/17 | K. Vangrud | 0.40 | 68.00 | Review and analyze medical bills provided by The Benefit Group and provided by individual insureds to verify if they are included on the worksheet provided by The Benefit Group for purposes of analyzing outstanding amounts owed |
| 10/31/17 | R. Slovek | 0.30 | 105.00 | Correspondence with Mr. Davidson regarding prospects of mediation |
| 10/31/17 | K. Vangrud | 2.30 | 391.00 | Review and analyze medical bills provided by The Benefit Group and provided by individual insureds to verify if they are included on the worksheet provided by The Benefit Group for purposes of analyzing outstanding amounts owed |

TOTAL HOURS                48.80

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303948

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 13, 2017
Client Matter No. 1504101-7
Invoice No. 2362469
Page 8

| | |
|---|---|
| TOTAL FOR SERVICES RENDERED | $14,362.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| Freight and Postage | 3.00 | |
| Reproduction Costs | 42.60 | |

| | |
|---|---|
| TOTAL DISBURSEMENTS | 45.60 |

| | |
|---|---|
| TOTAL CURRENT AMOUNT DUE | $14,407.60 |

UNPAID INVOICES:

| | | |
|---|---|---|
| October 23, 2017 | Invoice No. 2357986 | 2,915.80 |

| | |
|---|---|
| TOTAL DUE | $17,323.40 |

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 13.50 | $250.00 | $3,375.00 |
| R. Slovek | 27.70 | 350.00 | 9,695.00 |
| K. Vangrud | 7.60 | 170.00 | 1,292.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303949

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

December 18, 2017

Ms. Michaelle Baumert
Central Valley Ag Cooperative
Suite 400
10050 Regency Circle
Omaha, NE 68114

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2379903
Client Matter No. 1504101-7

Invoice No. 2379903
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 11/01/17 | A. Gutierrez | 4.50 | 1,125.00 | Telephone conference with Ms. Reed regarding expert assistance in analyzing settlement of existing provider claims; conference with Messrs. Slovek ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone conference with billing department at Hutchinson medical center regarding amount due by Mr. Long; review correspondence received from Mr. Jeffries regarding claim files; multiple correspondence with Ms. Reed to provide claims file information; instruct Ms. Vangrud regarding preparation of information to send to Ms. Reed and preparation of list of providers; review and revise stipulation and proposed order regarding substitution of parties; correspondence with Mr. Davidson regarding stipulation and order for substitution; correspondence with Mr. Long to provide update on status of outstanding claim; review multiple correspondence ▮▮▮▮▮▮▮ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303950

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 2

| | | | | |
|---|---|---|---|---|
| 11/01/17 | R. Slovek | 0.20 | 70.00 | Report outcome of telephone call with Jean Reed to co-counsel |
| 11/01/17 | R. Slovek | 0.20 | 70.00 | Receive and respond to ████████ |
| 11/01/17 | R. Slovek | 0.20 | 70.00 | Report to ████████████ |
| 11/01/17 | R. Slovek | 0.30 | 105.00 | E-mail exchange with Mike Mullin concerning identity and reputation of Kansas City mediator, Phil Miller |
| 11/01/17 | R. Slovek | 0.30 | 105.00 | Separate e-mail exchange ███████ ██████████████ |
| 11/01/17 | R. Slovek | 0.30 | 105.00 | Receive claims information from Rick Jeffries and forward to co-counsel |
| 11/01/17 | R. Slovek | 0.30 | 105.00 | Receive Stay Order and forward to co-counsel |
| 11/01/17 | R. Slovek | 0.30 | 105.00 | E-mail exchange with Steve Davidson regarding terms of mediation and stay |
| 11/01/17 | R. Slovek | 0.40 | 140.00 | Research background concerning proposed Kansas City mediator and ████ |
| 11/01/17 | R. Slovek | 0.40 | 140.00 | E-mail exchanges and telephone call ████████████ ███ |
| 11/01/17 | R. Slovek | 0.60 | 210.00 | Complete review of amended complaint filed in federal action |
| 11/01/17 | R. Slovek | 0.80 | 280.00 | Complete call with expert witness, Jean Reed |
| 11/01/17 | R. Slovek | 1.00 | 350.00 | Complete meeting with ████████ ████████████ ████████████ ██████ |
| 11/01/17 | R. Slovek | 1.00 | 350.00 | Prep for meeting with █████████ |
| 11/01/17 | R. Slovek | 1.50 | 525.00 | Review documents pertaining to plan participants in preparation for call with potential expert witness |
| 11/01/17 | K. Vangrud | 5.10 | 867.00 | Compile and organize documents in preparation of our meeting with the client today; conference with Ms. Gutierrez, Mr. Slovek and ████ ████████ prepare Joint Stipulation for |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303951

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 3

|          |              |      |        | Substitution of Party; prepare proposed Order granting the same; conference with Ms. Gutierrez regarding preparation of letters to the Plan Participants and the Providers regarding the handling of balances billed; review and organize documents received from AMPS and from the client; compile list of medical providers to whom to send our letter |
|----------|--------------|------|--------|------|
| 11/01/17 | J. Wilson    | 2.60 | 234.00 | Organize documents received from client onto NetDocs |
| 11/02/17 | A. Gutierrez | 3.40 | 850.00 | Draft letter to providers to provide notice of Kutak Rock's resolution of claims; draft notice to participants regarding Kutak Rock's involvement in resolving claims; finalize stipulation and order regarding substitution of parties; correspondence with Mr. Davidson to confirm approval to file stipulation to substitute parties |
| 11/02/17 | R. Slovek    | 0.20 | 70.00  | Complete substitution of parties |
| 11/02/17 | R. Slovek    | 0.50 | 175.00 | Initial receipt of documents from AMPS and receive inquiry ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 11/02/17 | R. Slovek    | 0.50 | 175.00 | Initial review of files ▮▮▮▮▮▮ ▮▮▮▮▮▮ |
| 11/02/17 | K. Vangrud   | 3.40 | 578.00 | Prepare correspondence to the Plan Participants regarding submission of balance bills; prepare correspondence to medical providers regarding submission of balance bills; compile list of medical providers to whom to send our letter; compile and organize documents to be provided to Ms. Reed |
| 11/02/17 | J. Wilson    | 0.50 | 45.00  | Organize documents received from client onto NetDocs |
| 11/03/17 | R. Slovek    | 0.20 | 70.00  | Receive executed Scheduling Order from the court |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 4

| | | | | |
|---|---|---|---|---|
| 11/03/17 | R. Slovek | 0.20 | 70.00 | E-mail exchange with ███████ ██████████████████████ ██████ |
| 11/03/17 | R. Slovek | 0.20 | 70.00 | Receipt and review executed Order on stay and forward to clients |
| 11/03/17 | R. Slovek | 0.30 | 105.00 | Continue discussion with ██████ ██████████████████ |
| 11/03/17 | R. Slovek | 0.40 | 140.00 | Continue review of amended complaint |
| 11/04/17 | K. Vangrud | 0.10 | 17.00 | Review and organize additional documents received from the client |
| 11/06/17 | A. Gutierrez | 0.60 | 150.00 | Telephone conference with Ms. Lambrecht regarding outstanding hospital bill; telephone conference with Mercy Hospital regarding bill to Ms. Lambrecht; correspondence with ████ ████████████████████ ███████ |
| 11/06/17 | R. Slovek | 0.20 | 70.00 | Receive additional notices to plan participant, Jody Lamprecht |
| 11/06/17 | R. Slovek | 0.40 | 140.00 | Assist in completing notices to providers and participants and forward same ██████████████ |
| 11/06/17 | K. Vangrud | 0.10 | 17.00 | Review and organize additional documents received from a plan participant |
| 11/08/17 | R. Slovek | 0.20 | 70.00 | Receive confirmation of substitution of proper entity |
| 11/08/17 | R. Slovek | 0.20 | 70.00 | Receive order staying action and ordering mediation |
| 11/08/17 | R. Slovek | 0.20 | 70.00 | Locate relevant plan document |
| 11/08/17 | R. Slovek | 0.20 | 70.00 | Multiple e-mail exchanges ████ ███████████████ ████████ |
| 11/08/17 | R. Slovek | 0.20 | 70.00 | E-mail exchange ███████████ and Thalken regarding stop loss claim information |
| 11/08/17 | R. Slovek | 0.30 | 105.00 | Receive report summarizing number of outstanding claims |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303953

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 5

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 11/09/17 | A. Gutierrez | 3.80 | 950.00 | Correspondence ███████████████ ██████████████ prepare summary of meeting with ██████████ █████████████████ review and analyze information received from AMPS |
| 11/09/17 | R. Slovek | 0.20 | 70.00 | Review update report from Alison █ ███████████████████ |
| 11/09/17 | R. Slovek | 0.20 | 70.00 | Receive contact information for stop loss carrier |
| 11/09/17 | R. Slovek | 0.30 | 105.00 | E-mail exchange with Steve Davidson regarding identity of mediator |
| 11/09/17 | R. Slovek | 0.80 | 280.00 | Prepare for meeting ████████████ ████████████████ ████████████████ ████████ |
| 11/10/17 | A. Gutierrez | 4.40 | 1,100.00 | Review information received from AMPS in preparation for ██████████ ████████████████ ████████████████ ████████ telephone conference with UMR to schedule meeting; correspondence with ████ ████████████████ ████████ |
| 11/10/17 | R. Slovek | 0.20 | 70.00 | Telephone conference with ████ ███ |
| 11/10/17 | R. Slovek | 0.30 | 105.00 | Exchange of e-mails with ████████ ████ |
| 11/10/17 | R. Slovek | 0.30 | 105.00 | Receive notice of potential problem with UMV claims handling, set meeting with UMV to discuss same |
| 11/10/17 | R. Slovek | 0.30 | 105.00 | E-mail exchange with Steve Davidson regarding production of provider agreements |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303954

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 6

| | | | | |
|---|---|---|---|---|
| 11/10/17 | R. Slovek | 3.00 | 1,050.00 | Prepare for, travel to and complete meeting with K█████████████████ ███████████████████████████ ██████ |
| 11/10/17 | K. Vangrud | 5.10 | 867.00 | Prepare Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint; research to identify addresses for all medical providers who have submitted claims under the Plan for benefits during 2015 and 2016 |
| 11/13/17 | A. Gutierrez | 0.30 | 75.00 | Meet with Ms. Vangrud to provide direction regarding task items to complete |
| 11/13/17 | R. Slovek | 0.20 | 70.00 | Set meeting with ████████ |
| 11/13/17 | R. Slovek | 0.20 | 70.00 | E-mail exchange with Steve Davidson regarding provider agreements |
| 11/13/17 | R. Slovek | 0.20 | 70.00 | E-mail exchange with Steve Davidson requesting provider agreements |
| 11/13/17 | R. Slovek | 0.20 | 70.00 | Finalize and forward request for information from Ann Chapman |
| 11/13/17 | R. Slovek | 0.20 | 70.00 | E-mail exchanges with ███████ ███████████████████████████ ████████ |
| 11/13/17 | R. Slovek | 0.30 | 105.00 | Finalize and serve Requests for Production and Interrogatories with cover letter |
| 11/13/17 | R. Slovek | 0.50 | 175.00 | Focus on Stop Loss issue and reach out to Stop Loss manager Chapman |
| 11/13/17 | R. Slovek | 0.50 | 175.00 | Continued efforts with Alison to plan claims handling procedures and logistics |
| 11/13/17 | K. Vangrud | 2.20 | 374.00 | Research to identify addresses for all medical providers who have submitted claims under the Plan for benefits during 2015 and 2016; conference with Ms. Gutierrez regarding upcoming meeting ████████████████ correspondence to medical providers, and documents received from third parties |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 7

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 11/14/17 | A. Gutierrez | 0.20 | 50.00 | Multiple correspondence with UMR, ███████ |
| 11/14/17 | A. Gutierrez | 0.30 | 75.00 | Telephone conference with ███ ███████ |
| 11/14/17 | A. Gutierrez | 0.70 | 175.00 | Telephone conference with ███ ███████ and UMR representatives regarding reprocessing of 2016 claims |
| 11/14/17 | A. Gutierrez | 2.40 | 600.00 | Review documents received from ███ |
| 11/14/17 | R. Slovek | 0.30 | 105.00 | Receive notice of potential problem with UMR claims handling |
| 11/14/17 | R. Slovek | 0.40 | 140.00 | Prepare for meeting with ███████ ████ |
| 11/14/17 | K. Vangrud | 0.20 | 34.00 | Coordinate arrangements for meeting ███████ |
| 11/15/17 | A. Gutierrez | 0.20 | 50.00 | Correspondence with ███████ ████ |
| 11/15/17 | A. Gutierrez | 1.30 | 325.00 | Draft answer to amended complaint |
| 11/15/17 | R. Slovek | 0.20 | 70.00 | Contact Chapman at Stop Loss Insurer regarding audit |
| 11/15/17 | R. Slovek | 0.30 | 105.00 | E-mail exchange with Steve Davidson and interested counsel regarding mediation scheduling |
| 11/16/17 | A. Gutierrez | 1.70 | 425.00 | Telephone conference with ███████ revise answer to amended complaint; correspondence with Mr. Thalken to pose questions regarding method for payment of run-off claims and to request claim files; review documentation in order to draft .correspondence to Mr. Thalken; review various correspondence from ███████ |
| 11/16/17 | R. Slovek | 0.20 | 70.00 | Provide status report to ███████ ████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 8

| | | | | |
|---|---|---|---|---|
| 11/16/17 | R. Slovek | 0.40 | 140.00 | E-mail exchanges regarding CVA's answer to Methodist's complaint and receipt of partial stop loss payments |
| 11/16/17 | K. Vangrud | 0.50 | 85.00 | Review and organize documents in preparation of upcoming meeting with ██████ |
| 11/17/17 | A. Gutierrez | 0.70 | 175.00 | Review multiple correspondence from Mr. Davidson regarding mediation and answer to amended complaint; prepare answer to amended complaint for filing; telephone conference with Ms. Lamprecht regarding new collection matter |
| 11/17/17 | R. Slovek | 0.20 | 70.00 | Exchange with opposing counsel regarding date and place for mediation |
| 11/17/17 | R. Slovek | 0.20 | 70.00 | Receive updated balance information on outstanding claims from Steve Davidson |
| 11/17/17 | R. Slovek | 0.30 | 105.00 | E-mail exchanges with client regarding mediation scheduling |
| 11/18/17 | A. Gutierrez | 0.10 | 25.00 | Correspondence with Mr. Davidson regarding mediation and updated balances provided by Plaintiffs |
| 11/18/17 | A. Gutierrez | 0.20 | 50.00 | Correspondence with ██████████ |
| 11/20/17 | R. Slovek | 0.20 | 70.00 | Coordinate via e-mail with ████ ██████ |
| 11/20/17 | R. Slovek | 0.20 | 70.00 | E-mail exchanges to set a mediation date |
| 11/20/17 | R. Slovek | 0.20 | 70.00 | Review final form of answer in Methodist action |
| 11/20/17 | R. Slovek | 0.40 | 140.00 | E-mail exchange regarding effect of negotiating drafts from Stop Loss carrier |
| 11/20/17 | R. Slovek | 0.60 | 210.00 | Review claims data |
| 11/20/17 | R. Slovek | 1.00 | 350.00 | Meet with Paralegal, Kelly Vangrud, to review presentation of claims data in preparation for upcoming meeting ████ ████████ |
| 11/20/17 | K. Vangrud | 2.60 | 442.00 | Conference with Mr. Slovek in preparation of meeting ██████████ ██████████ ██████████ review documents |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 9

| | | | | |
|---|---|---|---|---|
| | | | | received from all parties in preparation for meeting tomorrow; review and organize additional documents received from insureds |
| 11/20/17 | J. Weiner | 0.70 | 136.50 | Research and analysis of Nebraska law governing accord and satisfaction and cashing check as acceptance of payment in full of disputed claim for purposes of advising CVA |
| 11/21/17 | R. Slovek | 0.30 | 105.00 | Separate e-mail exchange with ███████ |
| 11/21/17 | R. Slovek | 0.30 | 105.00 | Receive report of run out claims paid ███████ |
| 11/21/17 | R. Slovek | 1.50 | 525.00 | Prep for meeting with ███████ |
| 11/21/17 | R. Slovek | 2.00 | 700.00 | Complete meeting with ███████ |
| 11/21/17 | K. Vangrud | 1.90 | 323.00 | Attend conference with ███████ |
| 11/22/17 | A. Gutierrez | 0.30 | 75.00 | Review correspondence from Mr. Thalken in response to questions concerning payment of run-off claims and requesting claim files; correspondence with Ms. Vangrud to coordinate delivery of documents from Mr. Thalken via secure link; correspondence with ███████ |
| 11/22/17 | R. Slovek | 0.30 | 105.00 | E-mail exchange with clients regarding effective cashing checks issued by Stop Loss carrier |
| 11/22/17 | R. Slovek | 1.80 | 630.00 | Receipt and review audit results and forward same ███████ |
| 11/22/17 | K. Vangrud | 0.50 | 85.00 | Coordinate creation of shared spaces for purposes of providing documents to ███████ and for purposes of receiving documents from Mr. Thalken |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 10

| 11/27/17 | A. Gutierrez | 0.80 | 200.00 | Telephone conference with █████ ███████ telephone conference Mr. Slovek regarding matter status; review correspondence from Mr. Davidson regarding mediation; review correspondence from mediator regarding mediation requirements and procedure |
| --- | --- | --- | --- | --- |
| 11/27/17 | R. Slovek | 0.20 | 70.00 | Receive and review agreement to mediate |
| 11/27/17 | R. Slovek | 0.20 | 70.00 | Receive confirmation of mediation and sort out logistics of completing same |
| 11/27/17 | R. Slovek | 0.30 | 105.00 | Prepare correspondence to Stop Loss carrier requesting telephone conference and identifying issues to be discussed |
| 11/27/17 | R. Slovek | 0.30 | 105.00 | Review and revise correspondence to Plan participants and providers |
| 11/27/17 | R. Slovek | 0.60 | 210.00 | Prepare for and complete call regarding significance of Stop Loss Audit |
| 11/28/17 | R. Slovek | 0.20 | 70.00 | Receive and respond to voice mail ███████████████████ |
| 11/28/17 | R. Slovek | 0.30 | 105.00 | E-mail exchanges with ████████████████████████████████ |
| 11/28/17 | R. Slovek | 0.30 | 105.00 | E-mail exchange with mediator and all participants regarding names and identity of participants and logistics of same |
| 11/29/17 | A. Gutierrez | 0.50 | 125.00 | Review correspondence from ████████████████ telephone conference Mr. Hatt regarding status of negotiations; correspondence with Mr. Hatt to provide copy of Business Associate Agreement and contact information |
| 11/29/17 | R. Slovek | 0.20 | 70.00 | Review final form of correspondence to Plan participants |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303959

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 11

| | | | | |
|---|---|---|---|---|
| 11/30/17 | A. Gutierrez | 2.50 | 625.00 | Correspondence with ███████ ███████ ████ telephone conference with Mr. Slovek regarding mediation statement; review and analyze documents related to CHI negotiations; multiple correspondence with Ms. Reed to set up meeting to discuss negotiation of claims |
| 11/30/17 | R. Slovek | 0.20 | 70.00 | Review engagement letters between TBG and CVA |
| 11/30/17 | R. Slovek | 0.20 | 70.00 | Receive e-mail exchange between ████ ████ |
| 11/30/17 | R. Slovek | 0.20 | 70.00 | Follow-up with Stop Loss carrier regarding questions related to audit |
| 11/30/17 | R. Slovek | 0.30 | 105.00 | Telephone call with ███████ ███████ ████ |
| 11/30/17 | R. Slovek | 0.30 | 105.00 | Commence process of preparing mediation statement in consultation with Allison Gutierrez identifying topics to be addressed therein |

TOTAL HOURS               89.60

TOTAL FOR SERVICES RENDERED                                $23,649.50

DISBURSEMENTS

| | |
|---|---|
| Computer Research | 21.37 |
| Freight and Postage | 3.35 |
| Pacer - Federal Court Document Fees | 0.70 |
| Reproduction Costs | 195.20 |

TOTAL DISBURSEMENTS                                   220.62

TOTAL CURRENT AMOUNT DUE                                $23,870.12

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303960

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
December 18, 2017
Client Matter No. 1504101-7
Invoice No. 2379903
Page 12

UNPAID INVOICES:

| | | |
|---|---|---|
| October 23, 2017 | Invoice No. 2357986 | 2,915.80 |
| November 13, 2017 | Invoice No. 2362469 | 14,407.60 |

TOTAL DUE                                                                $41,193.52

**SUMMARY**

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 28.90 | $250.00 | $7,225.00 |
| R. Slovek | 35.20 | 350.00 | 12,320.00 |
| J. Weiner | 0.70 | 195.00 | 136.50 |
| K. Vangrud | 21.70 | 170.00 | 3,689.00 |
| J. Wilson | 3.10 | 90.00 | 279.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303961

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

January 30, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2391533
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2391533
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 11/22/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ███████████ ████████████████████████ ████████ |
| 11/22/17 | R. Slovek | 1.50 | 525.00 | Review audit report from Stop Loss carrier and complete correspondence t█ ████ |
| 12/01/17 | R. Slovek | 0.20 | 70.00 | Review exhibits from ████████ ████████   ████████   ████████ ████████ |
| 12/01/17 | R. Slovek | 0.30 | 105.00 | Assemble and forward to Stop Loss carrier ████████████████████ |
| 12/01/17 | R. Slovek | 0.30 | 105.00 | Review instructions from counsel for Stop Loss carrier not to contact the carrier representatives directly and connect up ████████████████████ ████████ |
| 12/01/17 | R. Slovek | 0.50 | 175.00 | Review response from Stop Loss carrier and forward to ████████████████ ████████████████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 2

| | | | | |
|---|---|---|---|---|
| 12/01/17 | K. Vangrud | 0.10 | 17.00 | Review and organize additional documents provided by an insured |
| 12/04/17 | A. Gutierrez | 2.70 | 675.00 | Telephone conference with ███████ ███████████ telephone conference with Ms. Johannes regarding invoice issues; telephone conference with Ms. Romschack to respond to questions regarding invoice; telephone conference with Ms. Reed regarding needed assistance with settlement negotiations; correspondence with ████████ ███████ |
| 12/04/17 | R. Slovek | 0.20 | 70.00 | Review report of conference with expert Gene Reed regarding reasonableness evaluation |
| 12/04/17 | R. Slovek | 0.20 | 70.00 | Continue claims handling process by responding to call from insured Jody Lamprecht |
| 12/04/17 | R. Slovek | 0.20 | 70.00 | Review conflict disclosure from Fraser Stryker |
| 12/04/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ████████ ████████ |
| 12/05/17 | A. Gutierrez | 6.20 | 1,550.00 | Research regarding Plaintiffs' claims for purposes of mediation statement; begin drafting confidential and non-confidential mediation statements |
| 12/05/17 | R. Slovek | 0.30 | 105.00 | Review status report regarding CHI negotiation after ████████ |
| 12/05/17 | R. Slovek | 0.40 | 140.00 | Correspondence with ████████ ████████ |
| 12/06/17 | A. Forman | 5.40 | 1,053.00 | Research regarding hospitals' right to bring a breach of contract action against the benefit plans; standing of third party beneficiary under a contract; unjust enrichment claim when hospitals are not in contractual privity with benefit plans |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303963

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/06/17 | A. Gutierrez | 3.50 | 875.00 | Complete drafts of confidential and non-confidential mediation statements |
| 12/06/17 | R. Slovek | 0.30 | 105.00 | Contact ██████████████████ ████████████████████ |
| 12/06/17 | R. Slovek | 0.50 | 175.00 | Complete first effort to organize mediation statements |
| 12/07/17 | A. Gutierrez | 1.50 | 375.00 | Conference with Mr. Slovek regarding mediation statement; review invoice received from Mr. Willnerd; review balance alleged to be owed by Macey Johannes in Methodist litigation; correspondence with Ms. Johannes to provide update regarding status of negotiations; correspondence with Mr. Davidson to inquire regarding Johannes and Willnerd balances |
| 12/07/17 | R. Slovek | 0.20 | 70.00 | Request from Mr. Davidson calculation of outstanding balances taking into consideration PPO discount |
| 12/07/17 | R. Slovek | 0.40 | 140.00 | Complete meeting with Alison regarding revisions to mediation statement |
| 12/07/17 | R. Slovek | 0.50 | 175.00 | Complete analysis with the assistance of Alison, ██████████████████████ ████████████████████ █████████████████ |
| 12/07/17 | R. Slovek | 0.50 | 175.00 | Correspondences with mediator and co-counsel regarding non-confidential statement creation |
| 12/07/17 | R. Slovek | 3.80 | 1,330.00 | Review and revise mediation statements including both confidential and non-confidential statements after consultation ████████████████ ████████ |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 4

| 12/08/17 | A. Gutierrez | 1.70 | 425.00 | Review correspondences from various plan participants; correspondence with Mr. Thalken to regarding claim files; correspondence with Ms. Reed summarizing consulting work requested; review and analyze correspondence from plan participants regarding issues to be resolved |
|---|---|---|---|---|
| 12/08/17 | R. Slovek | 0.20 | 70.00 | Review feedback regarding mediation statements ███████ |
| 12/08/17 | R. Slovek | 0.20 | 70.00 | Execute and return Mediation Agreement to mediator |
| 12/08/17 | R. Slovek | 0.50 | 175.00 | Correspondences with Mr. Davidson regarding background information supporting unpaid balances |
| 12/08/17 | K. Vangrud | 1.10 | 187.00 | Review and organize documents provided by insureds |
| 12/11/17 | A. Gutierrez | 1.00 | 250.00 | Review correspondence from Mr. Davidson; review claims information received from Mr. Thalken; telephone conference with ███████ ███████████ conference with Mr. Slovek regarding mediation statement |
| 12/11/17 | R. Slovek | 0.20 | 70.00 | Correspondence with counsel for the hospital, Mr. Davidson, to schedule meeting to review numbers |
| 12/11/17 | R. Slovek | 0.20 | 70.00 | Review Mediation Agreement, execute same and return to Mediator |
| 12/11/17 | R. Slovek | 0.40 | 140.00 | Review correspondence with expert Gene Reed regarding reasonableness of settlement offer at 5% discount |
| 12/11/17 | R. Slovek | 0.50 | 175.00 | Telephone calls with ███████████ |
| 12/11/17 | R. Slovek | 0.50 | 175.00 | Correspondences with Mr. Davidson regarding rationale for calculation and credit for PPO discount |
| 12/11/17 | R. Slovek | 0.60 | 210.00 | Correspondence with co-counsel regarding rationale for PPO discounts as claimed by hospital clients |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303965

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 5

| | | | | | |
|---|---|---|---|---|---|
| 12/11/17 | R. Slovek | 1.50 | 525.00 | Prepare for conference call with ████ ████████████████████████████████ complete conference call and revise Mediation Statement ███████████████████ |
| 12/12/17 | A. Gutierrez | 4.40 | 1,100.00 | Prepare for meeting with ███████ ████████████████████████████████ ████████████████████████████████ ████████████████ correspondence with Mr. Davidson regarding outstanding balances alleged to be owed by Plaintiffs; calculate amounts due with by plan with PPO discount and update spreadsheet to reflect same |
| 12/12/17 | R. Slovek | 0.20 | 70.00 | Review First Health agreements from Mr. Davidson |
| 12/12/17 | R. Slovek | 0.30 | 105.00 | Correspondence with mediator, Mr. Miller, regarding required attendance of plan representatives |
| 12/12/17 | R. Slovek | 1.50 | 525.00 | Continue to review and revise Mediation Statement both the confidential and non-confidential statements |
| 12/12/17 | R. Slovek | 2.80 | 980.00 | Prepare for meeting, travel to meeting and complete meeting ███████████ ████████████████████████████████ ████████████ |
| 12/13/17 | A. Gutierrez | 3.70 | 925.00 | Revise mediation statements; conference with Mr. Slovek regarding mediation statements and strategy; review and analyze mediation statements received from other parties; review and analyze exhibits to be served with mediation statements; correspondence with opposing parties to provide copy of non-confidential mediation statement; correspondence with mediator to provide non-confidential and confidential mediation statements |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303966

**KUTAK ROCK LLP**
Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 6

| 12/13/17 | R. Slovek | 0.20 | 70.00 | Telephone conference with ▇▇▇▇ ▇▇▇▇▇▇▇▇ |
| 12/13/17 | R. Slovek | 0.20 | 70.00 | Set meeting with ▇▇▇▇▇▇ ▇▇ |
| 12/13/17 | R. Slovek | 0.90 | 315.00 | After receipt of comments from clients, finalize Mediation Statements |
| 12/13/17 | R. Slovek | 1.50 | 525.00 | Review submissions from all parties |
| 12/13/17 | R. Slovek | 2.50 | 875.00 | Continue to prepare revisions of Mediation Statements, both confidential and non-confidential |
| 12/14/17 | A. Gutierrez | 0.60 | 150.00 | Correspondence with Ms. Reed regarding status of matter review; correspondence with Mr. Long to provide status update; review and analyze correspondence from Mr. Davidson regarding alleged balance owed by plan |
| 12/14/17 | R. Slovek | 0.20 | 70.00 | Report to ▇▇▇▇▇▇▇▇▇▇ |
| 12/14/17 | R. Slovek | 0.20 | 70.00 | Identify mediation attendees and organize accommodations for same |
| 12/14/17 | R. Slovek | 0.50 | 175.00 | Correspondences with plaintiff's counsel, Mr. Davidson, regarding math and contract supporting damage claim |
| 12/14/17 | R. Slovek | 0.90 | 315.00 | Review all parties submissions to mediator |
| 12/14/17 | R. Slovek | 1.00 | 350.00 | Organize materials for mediation including exhibits and spreadsheets |
| 12/15/17 | A. Gutierrez | 1.60 | 400.00 | Review and analyze settlement agreement with West Point hospital; review and analyze network agreements; review Duane Willerd claim; telephone conference with Ms. Bechard about claim; correspondence with Mr. Thalken to request Bechard file |
| 12/15/17 | R. Slovek | 0.30 | 105.00 | Correspondence with Mr. Davidson regarding providing claim detail prior to mediation |
| 12/15/17 | K. Vangrud | 0.20 | 34.00 | Review and organize additional documents received from insureds |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303967

**KUTAK ROCK LLP**
Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 7

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/18/17 | A. Gutierrez | 7.10 | 1,775.00 | Conference with Mr. Slovek regarding balance billing issue involving Mr. Willnerd; telephone conference with Ms. Reed regarding status of consulting review; telephone conference with mediator and Mr. Slovek; review and analyze balance information received from Mr. Davidson in anticipation of mediation; correspondence with Mr. Davidson regarding balance bill issue involving Mr. Willnerd; travel to and from and attend meeting ███████ ████████████████████ conference with Mr. Slovek ████████ █████████████████████ ████████████████████ prepare updated spreadsheet in light of newly received balance information from Mr. Davidson |
| 12/18/17 | R. Slovek | 0.20 | 70.00 | Review motion to dismiss |
| 12/18/17 | R. Slovek | 0.30 | 105.00 | Review and forward ████████ ████████ |
| 12/18/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ███████████ ███████████████████ ██████████ |
| 12/18/17 | R. Slovek | 0.30 | 105.00 | Commence revision to spreadsheet in light of new information |
| 12/18/17 | R. Slovek | 0.40 | 140.00 | Review report following meeting ████ ████ |
| 12/18/17 | R. Slovek | 0.50 | 175.00 | Complete conference call with Mediator, Mr. Miller |
| 12/18/17 | R. Slovek | 0.50 | 175.00 | Review hospital agreements from Baird Holm showing PPO discounts |
| 12/18/17 | R. Slovek | 3.80 | 1,330.00 | Prepare for mediation and conference call with Mediator, Mr. Miller, by reviewing all submissions and background materials |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 8

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/19/17 | A. Gutierrez | 3.50 | 875.00 | Review AMPS addendum sections regarding right to reimbursement; conference with ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ prepare for mediation; attend mediation |
| 12/19/17 | R. Slovek | 0.20 | 70.00 | Correspondences with ▆▆▆▆▆▆▆▆ |
| 12/19/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ▆▆▆▆▆▆▆ |
| 12/19/17 | R. Slovek | 1.50 | 525.00 | Final preparation for mediation by reviewing mediation statements |
| 12/19/17 | R. Slovek | 4.50 | 1,575.00 | Attend and complete mediation |
| 12/19/17 | K. Vangrud | 0.20 | 34.00 | Review and analyze additional documents received from TBG |
| 12/20/17 | A. Gutierrez | 1.50 | 375.00 | Research regarding ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ correspondence with Mr. Long regarding negotiation of claim; correspondence with Ms. Reed regarding priority of review |
| 12/20/17 | R. Slovek | 0.20 | 70.00 | Circulate memorandums of settlement |
| 12/20/17 | R. Slovek | 0.20 | 70.00 | Review report from Alison ▆▆▆▆ |
| 12/20/17 | R. Slovek | 0.30 | 105.00 | Prepare report regarding mediation outcome |
| 12/21/17 | A. Gutierrez | 0.30 | 75.00 | Correspondence with ▆▆▆▆▆▆ ▆▆▆▆▆▆▆ |
| 12/21/17 | R. Slovek | 0.20 | 70.00 | Provide ▆▆▆▆▆▆▆▆ |
| 12/21/17 | R. Slovek | 0.30 | 105.00 | Review funding request information from TBG and recap in mediation from Alison |
| 12/21/17 | R. Slovek | 0.30 | 105.00 | Correspondence with ▆▆▆▆ ▆▆▆▆▆▆▆▆ ▆▆▆▆ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 9

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/22/17 | A. Gutierrez | 0.10 | 25.00 | Correspondence with ████ ████ |
| 12/22/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ████ ████ ████ |
| 12/22/17 | R. Slovek | 0.30 | 105.00 | Circulate fully executed Confidential Settlement Agreement among parties |
| 12/26/17 | R. Slovek | 0.20 | 70.00 | Provide information regarding ████ |
| 12/26/17 | R. Slovek | 0.20 | 70.00 | Contact Alison to request ████ ████ |
| 12/26/17 | R. Slovek | 0.20 | 70.00 | Update claims information from Fraser Stryker |
| 12/26/17 | R. Slovek | 0.30 | 105.00 | Continue to prepare correspondence regarding settlement language |
| 12/26/17 | R. Slovek | 0.30 | 105.00 | Correspondence with Mr. Davidson regarding status of settlement agreement |
| 12/27/17 | A. Gutierrez | 1.30 | 325.00 | Correspondence with Mr. Thalken to request claim files; correspondence with Ms. Eisenhauer regarding claim; telephone conference with Ms. Meyers regarding claim; review invoices to Ms. Meyers and Eisenhauer; correspondence ████ review PPO discounts in agreements |
| 12/27/17 | R. Slovek | 0.20 | 70.00 | Correspondence with ████ ████ |
| 12/28/17 | A. Gutierrez | 2.60 | 650.00 | Telephone conference with ████ ████ ████ ████ conference with Mr. Slovek regarding First Health settlement terms; telephone conference with Ms. Eisenhauer regarding medical claim; correspondence with Ms. Reed regarding status of consulting work; prepare correspondence to Mr. Davidson regarding settlement terms |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303970

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
January 30, 2018
Client Matter No. 1504101-7
Invoice No. 2391533
Page 10

| | | | | |
|---|---|---|---|---|
| 12/28/17 | R. Slovek | 0.20 | 70.00 | Review notice of overpayment by TBG |
| 12/28/17 | R. Slovek | 0.80 | 280.00 | Correspondences with ▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇ |
| 12/29/17 | A. Gutierrez | 0.80 | 200.00 | Telephone conference with ▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇ correspondence with Mr. Davidson regarding confidentiality of settlement terms |
| 12/29/17 | R. Slovek | 0.50 | 175.00 | Correspondences with Mr. Davidson regarding content of settlement agreement and specific language required for settlement |

TOTAL HOURS        97.50

TOTAL FOR SERVICES RENDERED                              $28,590.00

DISBURSEMENTS

| | | |
|---|---|---|
| Computer Research | 401.02 | |
| Pacer - Federal Court Document Fees | 28.50 | |
| Reproduction Costs | 314.20 | |
| Miscellaneous | 1.00 | VENDOR: NEBRASKA.GOV; INVOICE#: 3029262; DATE: 11/30/2017 - Justice Case Listing, Case Search on D01CI170003718, 11/1/17 |

TOTAL DISBURSEMENTS                                      744.72

TOTAL CURRENT AMOUNT DUE                                 $29,334.72

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 44.10 | $250.00 | $11,025.00 |
| R. Slovek | 46.40 | 350.00 | 16,240.00 |
| A. Forman | 5.40 | 195.00 | 1,053.00 |
| K. Vangrud | 1.60 | 170.00 | 272.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303971

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

February 26, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2401510
Client Matter No. 1504101-7

Ms. Michaelle Baumert
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2401510
1504101-7

Re:      TBG Litigation

For Professional Legal Services Rendered

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/18 | A. Gutierrez | 0.30 | 75.00 | Correspondence with Mr. Long regarding status of negotiations; correspondence with Ms. Reed to inquire as to status of Long claim |
| 01/03/18 | A. Gutierrez | 0.20 | 50.00 | Correspondence with Ms. Reed regarding matter status; review correspondence from Baird Holm regarding Methodist settlement |
| 01/03/18 | R. Slovek | 0.20 | 70.00 | Receive status report from opposing counsel concerning effort to obtain client approval with settlement documents |
| 01/03/18 | R. Slovek | 0.30 | 105.00 | Correspondence with opposing counsel concerning status of settlement |
| 01/04/18 | A. Gutierrez | 0.90 | 225.00 | Telephone conference with Ms. Reed regarding Long claim; correspondence with Mr. Long regarding matter status; draft medical authorization letter |
| 01/08/18 | K. Vangrud | 0.50 | 85.00 | Review and organize additional documents from insureds and TBG |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303972

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
February 26, 2018
Client Matter No. 1504101-7
Invoice No. 2401510
Page 2

| | | | | |
|---|---|---|---|---|
| 01/09/18 | R. Slovek | 0.20 | 70.00 | Contact Ms. Gutierrez regarding status of settlement wrap up and general claims handling |
| 01/10/18 | A. Gutierrez | 0.30 | 75.00 | Telephone conference with ▮▮▮ ▮▮▮ ▮▮▮ ▮▮ ▮▮▮ conference with Mr. Slovek regarding status of negotiations |
| 01/10/18 | R. Slovek | 0.20 | 70.00 | Receive status report from Ms. Guiterrez including report on claims handling |
| 01/11/18 | A. Gutierrez | 3.40 | 850.00 | Correspondence with ▮▮▮ ▮▮▮ telephone conference with Ms. Rahe regarding claim; telephone conference with Mr. King regarding claim; correspondence with Mr. Thalken to request claim files for Mr. King and Mmes. Carlson and Rahe; review and analyze questions regarding calculation of Medicare received from Ms. Reed; analyze spreadsheet created by Mr. Hatt and calculate largest percentage differentiations between CHI and TBG calculations; leave voice message for Mr. Hatt to request call to further discuss negotiations; correspondence with Mr. Hatt to pose questions regarding calculation of 195% of Medicare |
| 01/12/18 | A. Gutierrez | 0.20 | 50.00 | Correspondence with Ms. Reed regarding matter status; review correspondence from Baird Holm regarding Methodist settlement |
| 01/12/18 | K. Vangrud | 0.50 | 85.00 | Review and organize additional documents received from insureds |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303973

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
February 26, 2018
Client Matter No. 1504101-7
Invoice No. 2401510
Page 3

| 01/15/18 | A. Gutierrez | 2.70 | 675.00 | Telephone conference with Ms. Reed regarding CHI negotiations; multiple conference with Hutchinson medical center regarding resolution of Mr. Long's claim; correspondence with Ms. Richards regarding calculation of settlement amount; correspondence with ███████ |
| 01/16/18 | A. Gutierrez | 1.20 | 300.00 | Correspondence with Mr. Pelc regarding status of claim; correspondence with Mr. Hatt regarding regarding claim negotiations; correspondence with Ms. Reed regarding CHI negotiations; multiple telephone conference with Ms. Richards regarding resolution of Long claims |
| 01/16/18 | K. Vangrud | 0.10 | 17.00 | Review and organize additional documents provided by insureds |
| 01/17/18 | A. Gutierrez | 4.10 | 1,025.00 | Telephone conference with ███████ correspondence with Baird Holm regarding Methodist settlement; prepare for telephone conference with Mr. Hatt regarding CHI negotiations; telephone conference with Mr. Hatt regarding claim negotiation; multiple correspondence to ███████; correspondence with Mr. Long regarding resolution of claim |
| 01/18/18 | A. Gutierrez | 2.50 | 625.00 | Review correspondence from Mr. Davidson regarding settlement negotiations; draft settlement agreement with Hutchinson regional medical center regarding Long claim; telephone conference with Ms. Davidson regarding Methodist settlement agreement; telephone conference ███████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
February 26, 2018
Client Matter No. 1504101-7
Invoice No. 2401510
Page 4

| | | | | |
|---|---|---|---|---|
| | | | | telephone conference with Ms. Eisenhauer to report of status of claim negotiation; correspondence with Ms. Reed to request prioritization of Ms. Eisenhauer's claim |
| 01/19/18 | A. Gutierrez | 0.30 | 75.00 | Correspondence with Ms. Richards regarding settlement of Long claim; correspondence with ▮▮▮▮ |
| 01/20/18 | R. Slovek | 0.50 | 175.00 | Multiple exchanges with Mr. Davidson regarding settlement terms |
| 01/22/18 | A. Gutierrez | 3.40 | 850.00 | Correspondence with Mr. Thalken to request claim information; revise Methodist settlement agreement; correspondence with ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ correspondence with Mr. Davidson regarding Methodist settlement agreement; correspondence with Ms. Richards regarding Long settlement; telephone conference with ▮▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ |
| 01/22/18 | R. Slovek | 0.20 | 70.00 | Determine status of settlement wrap up |
| 01/22/18 | K. Vangrud | 0.10 | 17.00 | Review and organize additional documents from insureds |
| 01/23/18 | A. Gutierrez | 0.80 | 200.00 | Correspondence with TBG regarding request for claim information; multiple correspondence with Mr. Davidson regarding Methodist settlement; correspondence with Mr. Hatt regarding status of efforts to obtain additional claim information; correspondence with ▮▮▮▮ ▮▮ |
| 01/23/18 | R. Slovek | 0.20 | 70.00 | Final circulation of settlement agreement for signature |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303975

**KUTAK ROCK LLP**
Central Valley Ag Cooperative
February 26, 2018
Client Matter No. 1504101-7
Invoice No. 2401510
Page 5

| 01/23/18 | R. Slovek | 0.30 | 105.00 | E-mail exchanges ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
|---|---|---|---|---|
| 01/24/18 | A. Gutierrez | 1.50 | 375.00 | Correspondence with Ms. Reed regarding status of claim review; correspondence with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇; review correspondence from Mr. Hatt regarding CHI negotiations; correspondence with Mr. Dirkschneider regarding claim status; correspondence with Mr. Towle regarding status of CHI negotiations; conference with Mr. Slovek regarding status of claim negotiations |
| 01/24/18 | R. Slovek | 0.30 | 105.00 | Telephone conference ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ |
| 01/24/18 | R. Slovek | 0.30 | 105.00 | Follow up with Alison concerning calling off collection efforts |
| 01/25/18 | A. Gutierrez | 1.10 | 275.00 | Review and analyze ▇▇▇▇▇▇▇ finalize methodist settlement agreement; correspondence with ▇▇▇▇▇▇▇▇▇▇▇▇ correspondence with Mr. Davidson regarding methodist settlement agreement; review correspondence from Ms. Reed regarding her review of claims |
| 01/25/18 | R. Slovek | 0.20 | 70.00 | Review ▇▇▇▇▇▇▇▇▇ and respond to inquiry from Mr. Davidson regarding settlement terms |
| 01/25/18 | R. Slovek | 0.30 | 105.00 | E-mail exchanges with Mr. Miller concerning status of settlement and payment of mediator fees |
| 01/26/18 | A. Gutierrez | 2.50 | 625.00 | Multiple correspondence with Mr. Davidson regarding Methodist settlement; telephone conference with TBG regarding CVA's request for claim information; telephone conference with |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
February 26, 2018
Client Matter No. 1504101-7
Invoice No. 2401510
Page 6

| | | | | |
|---|---|---|---|---|
| | | | | ██████████; telephone conference with Mr. Davidson regarding settlement; telephone conference with ██ ████████ |
| 01/26/18 | R. Slovek | 0.20 | 70.00 | E-mail exchange regarding overpayment issue |
| 01/26/18 | R. Slovek | 0.20 | 70.00 | Final changes ████████████████ |
| 01/26/18 | R. Slovek | 0.30 | 105.00 | Receive status report from Ms. Gutierrez regarding individual claims handling issues |
| 01/26/18 | K. Vangrud | 0.50 | 85.00 | Review files to determine if Via Christi responded to ████████████████████ |
| 01/29/18 | A. Gutierrez | 0.50 | 125.00 | Review letter from TBG; correspondence with ████████████ telephone conference with ██ ████████████████ |
| 01/29/18 | R. Slovek | 0.20 | 70.00 | E-mail exchanges with █████████ |
| 01/30/18 | A. Gutierrez | 2.10 | 525.00 | Correspondence with Ms. Reed regarding Sipe claim; correspondence with Mr. Davidson regarding status hearing scheduled in Methodist litigation; correspondence with Ms. Langdon concerning TBG's position on fulfilling requests for claims information; telephone conference with Via Christi regarding Sipe claim; draft authorization for ████████████; telephone conference with Nebraska Imaging regarding Eisenhauer claim |
| 01/30/18 | R. Slovek | 0.20 | 70.00 | Receive additional correspondence regarding the UMR issue |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303977

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
February 26, 2018
Client Matter No. 1504101-7
Invoice No. 2401510
Page 7

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/31/18 | A. Gutierrez | 3.20 | 800.00 | Telephone conference with Ms. Reed regarding Sipe and Lamprecht claims; draft authorization to speak to Via Christi regarding Shelby Rahe claim; correspondence with Ms. Rahe to provide update on status of claim negotiation; telephone conference with Ms. Lamprecht regarding threat of lawsuit from attorney; leave voicemail for David Vakulska regarding Lamprecht collection letter; conference with Ms. Vangrud regarding additional documents to be provided to expert consultant |
| 01/31/18 | R. Slovek | 0.20 | 70.00 | Receive report from Ms. Gutierrez concerning status of negotiations with CHI |
| 01/31/18 | K. Vangrud | 1.10 | 187.00 | Review documents previously provided to Ms. Reed and identify additional claim files to be provided |

TOTAL HOURS            38.50

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303978

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
February 26, 2018
Client Matter No. 1504101-7
Invoice No. 2401510
Page 8

TOTAL FOR SERVICES RENDERED                                          $9,851.00

DISBURSEMENTS

| | | |
|---|---|---|
| Facsimile Charges | 4.50 | |
| Reproduction Costs | 0.20 | |
| Miscellaneous | 939.60 | VENDOR: PHILLIP A MILLER dba KANSAS CITY MEDIATI; INVOICE#: 122717; DATE: 12/27/2017 - Mediation Services (First Health 1/3 Share) |

TOTAL DISBURSEMENTS                                                     944.30

TOTAL CURRENT AMOUNT DUE                                          $10,795.30

UNPAID INVOICES:

January 30, 2018            Invoice No. 2391533                        722.50

TOTAL DUE                                                          $11,517.80

### SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 31.20 | $250.00 | $7,800.00 |
| R. Slovek | 4.50 | 350.00 | 1,575.00 |
| K. Vangrud | 2.80 | 170.00 | 476.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

# KUTAK ROCK LLP

**OMAHA, NEBRASKA**

Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

March 19, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2405570
Client Matter No. 1504101-7

Ms. Michaelle Baumert
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2405570
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 02/01/18 | A. Gutierrez | 1.70 | 425.00 | Correspondence with ████████ ████████ correspondence with Mr. Davidson regarding finalized settlement agreement; draft authorization to discuss Lamprecht claims with Mercy and request for settlement; correspondence with ████████ telephone conference with Ms. Rackler at MED TRANS regarding Lamprecht claim; review Lamprecht claims in anticipation of negotiation of claims; correspondence with Ms. Reed regarding MED TRANS claim |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
March 19, 2018
Client Matter No. 1504101-7
Invoice No. 2405570
Page 2

| 02/02/18 | A. Gutierrez | 1.20 | 300.00 | Correspondence with Mr. Davidson to inquire regarding whether he represents Oncology Associates with respect to D. Nelson claim; review and analyze claims that need to be addressed and correspondence with Ms. Reed regarding same |
| 02/05/18 | R. Slovek | 0.30 | 105.00 | Organize file post-mediation and settlement and determine status of claims handling |
| 02/05/18 | K. Vangrud | 0.10 | 17.00 | Compile additional documents to be provided to Ms. Reed |
| 02/06/18 | A. Gutierrez | 2.30 | 575.00 | Telephone conference with providers regarding Lambrecht claims; correspondence with Vakulska firm regarding Gary Lambrecht claim; contract Via Christie regarding Sipe and Rahe claims; prepare authorization form for Amy Eisenhauer; correspondence ███ ██ █████ █████ ████████ correspondence with Mr. Davidson regarding Methodist settlement check |
| 02/08/18 | A. Gutierrez | 0.70 | 175.00 | Draft settlement letter regarding Lamprecht MED TRANS claim; correspondence with Ms. Eisenhauer to provide status update |
| 02/09/18 | A. Gutierrez | 0.80 | 200.00 | Telephone conference with Mercy Hospital regarding Lamprecht claim; correspondence with ███████ ████ review correspondence from MED TRANS regarding settlement of Lamprecht claim; correspondence with Ms. Reed regarding strategy for settlement of Lamprecht MED TRANS claim |
| 02/13/18 | A. Gutierrez | 2.60 | 650.00 | Review status of claims with outstanding balances; correspondence ████████████ follow up on Eisenhauer, Rahe, Sipe, |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
March 19, 2018
Client Matter No. 1504101-7
Invoice No. 2405570
Page 3

| | | | | |
|---|---|---|---|---|
| | | | | Lamprecht and Carlson claims; correspondence with Ms. Reed regarding status of claim review; correspondence with Ms. Rackley regarding Med Trans settlement; multiple correspondence with ███ ██████ correspondence with Ms. Rahe to provide update on status of claim negotiation |
| 02/14/18 | A. Gutierrez | 1.50 | 375.00 | Correspondence with ████████ ████ telephone conference with Kerri at Pierce Physical Therapy regarding Carlson claim; telephone conference with Web PT regarding Carlson claim; correspondence with Ms. Rackely regarding settlement of Med Trans claim; review Med Trans proposed settlement agreement; correspondence with Ms. Rackley regarding proposed revisions |
| 02/14/18 | R. Slovek | 0.30 | 105.00 | Isolate e-mail into subfile for potential use in federal proceeding |
| 02/15/18 | A. Gutierrez | 0.80 | 200.00 | Revise Med Trans settlement agreement for Lamprecht claim; multiple correspondence with Ms. Rackley ████████████████████ ████████████████ ██████████████t; correspondence with Ms. Langdon to request appeals TBG represented that it had received; leave voicemail for Vakulska law firm regarding Lamprecht claim |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303982

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
March 19, 2018
Client Matter No. 1504101-7
Invoice No. 2405570
Page 4

| 02/16/18 | A. Gutierrez | 1.50 | 375.00 | Review and analyze three new appeals received from CVA; correspondence with ███████████████ correspondence with ███ ███████ ███████ telephone conference with Ms. Lamprecht regarding status of settlements; correspondence with Mr. Willnerd regarding patient responsibility owed |
|----------|--------------|------|--------|------|
| 02/19/18 | A. Gutierrez | 1.20 | 300.00 | Review correspondence from Via Christi; correspondence with the Vakulska law firm regarding settlement of Lamprecht claim; correspondence with ███ ███████ ███ ███████████ draft letter to plan participants regarding Methodist settlement; correspondence with Ms. Reed to inquire as to status of review and negotiations with Via Christi |
| 02/20/18 | A. Gutierrez | 1.60 | 400.00 | Revise draft of correspondence to plan participants owing patient responsibility following Methodist settlement; review appeals received from TBG and correspondence with ████████ ███████████ telephone conference with Ms. Reed regarding Via Christi negotiations |
| 02/21/18 | A. Gutierrez | 0.20 | 50.00 | Review correspondence from ███ ████████ review correspondence from Mr. Smith |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
March 19, 2018
Client Matter No. 1504101-7
Invoice No. 2405570
Page 5

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 02/22/18 | A. Gutierrez | 3.60 | 900.00 | Correspondence with ██████████; telephone conference with Via Christi regarding Rahe and Sipe claims; correspondence with Ms. Reed regarding outstanding claims; correspondence with Mr. Hatt regarding status of various issues with CHI negotiations; draft letters to plan participants regarding Methodist settlement and patient responsibility |
| 02/26/18 | K. Vangrud | 0.10 | 17.00 | Review and organize documents received from additional insureds |
| 02/27/18 | A. Gutierrez | 1.70 | 425.00 | Multiple correspondence with ██████; telephone conference with Oncology Associates regarding Nelsen claim correspondence with Mr. Nelsen to request authorization to discuss claim and to advise regarding status of progress; review Nelsen claim file; correspondence with █████████ correspondence with Ms. Reed regarding Sipe claim |
| 02/27/18 | R. Slovek | 0.20 | 70.00 | Coordinate call with ████████ |
| 02/27/18 | R. Slovek | 0.20 | 70.00 | Receive status report concerning claims handling |

TOTAL HOURS         22.60

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303984

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
March 19, 2018
Client Matter No. 1504101-7
Invoice No. 2405570
Page 6

| | |
|---|---|
| TOTAL FOR SERVICES RENDERED | $5,734.00 |

DISBURSEMENTS

| | |
|---|---|
| Facsimile Charges | 9.00 |
| Freight and Postage | 5.82 |
| Reproduction Costs | 8.20 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | 23.02 |
| TOTAL CURRENT AMOUNT DUE | $5,757.02 |

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 21.40 | $250.00 | $5,350.00 |
| R. Slovek | 1.00 | 350.00 | 350.00 |
| K. Vangrud | 0.20 | 170.00 | 34.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**

Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

April 26, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2416020
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2416020
1504101-7

Re:      TBG Litigation

For Professional Legal Services Rendered

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 03/01/18 | A. Gutierrez | 0.10 | 25.00 | Correspondence with Ms. Eisenhauer regarding status of claim resolution |
| 03/02/18 | M. Fosbender | 0.30 | 58.50 | Review and analyze claim negotiation |
| 03/02/18 | M. Fosbender | 0.40 | 78.00 | Review and analyze Mr. Bechard's claim |
| 03/02/18 | M. Fosbender | 0.80 | 156.00 | Telephone conference ██████████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303986

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
April 26, 2018
Client Matter No. 1504101-7
Invoice No. 2416020
Page 2

| | | | | |
|---|---|---|---|---|
| 03/02/18 | A. Gutierrez | 4.90 | 1,225.00 | Telephone conference with provider regarding Gengler claim; telephone conference with collection agency regarding King claim; draft authorization for Mr. King to execute and send to collection agency; correspondence with Mr. King regarding same; prepare status summary of outstanding claims; telephone conference with ███████████ ██████████ conference with Ms. Fosbender regarding negotiation of Bechard matter; telephone conference with provider regarding Eisenhauer claim |
| 03/02/18 | R. Slovek | 0.20 | 70.00 | Participate in conference call ████ ███████████ ████████ |
| 03/05/18 | M. Fosbender | 0.10 | 19.50 | Review and analyze Mr. Bechard's claim |
| 03/05/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Salinar Regional Health Center regarding Steven Bechard |
| 03/05/18 | A. Gutierrez | 3.10 | 775.00 | Correspondence with Ms. Escue at Via Christi regarding settlement of Rahe account; correspondence with Ms. Rahe to provide update on status of negotiations; correspondence with Mr. Smith regarding authorization to discuss claim; correspondence with Ms. Reed to inquire as to status of Smith; Reed and Avery claims; correspondence with ████ ██████████ telephone conference with provider regarding negotiation of Eisenhauer claim; correspondence with Ms. Reed regarding reasonableness of proposed settlement amount for Eisenhauer claim |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
April 26, 2018
Client Matter No. 1504101-7
Invoice No. 2416020
Page 3

| 03/06/18 | A. Gutierrez | 2.60 | 650.00 | Review correspondence from Via Christi regarding Rahe claim; correspondence with ███████; correspondence with Ms. Reed to request that she contact Via Christi regarding Rahe claim; telephone conference with Bryan Hospital regarding Johnson claim; draft authorization to speak to Bryan regarding Rahe claim; update chart on all individual claims under negotiation |
| --- | --- | --- | --- | --- |
| 03/07/18 | M. Fosbender | 0.40 | 78.00 | Review and analyze Mr. Bechard's claim documentation |
| 03/07/18 | A. Gutierrez | 2.50 | 625.00 | Correspondence with Ms. Reed regarding Eisenhauer claim; telephone conference with provider regarding Eisenhauer claim; draft Eisenhauer settlement agreement; correspondence with provider regarding Eisenhauer settlement agreement; telephone conference with provider regarding Nelsen claim; correspondence with Ms. Reed to verify reasonableness of Nelsen settlement; telephone conference with UMR regarding processing of Cloud County claims; telephone conference with Ms. Meyer regarding Johnson claim; telephone conference with Bryan regarding Johnson claim; correspondence with Mr. King regarding request for authorization; telephone conference with Pierce Physical Therapy regarding Carlson claim |
| 03/09/18 | A. Gutierrez | 0.30 | 75.00 | Telephone conference with Pierce Physical Therapy regarding Carlson claim; correspondence with NE Nebraska Imaging regarding Eisenhauer claim |
| 03/12/18 | M. Fosbender | 0.10 | 19.50 | Review and analyze Lucas Meyers' claim documentation |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303988

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
April 26, 2018
Client Matter No. 1504101-7
Invoice No. 2416020
Page 4

| 03/12/18 | M. Fosbender | 0.40 | 78.00 | Review and analyze Willis Smith's claim documentation |
| 03/13/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Salina Regional Health Center regarding Steven Bechard's claim |
| 03/13/18 | M. Fosbender | 0.30 | 58.50 | Draft authorization letter to be sent to Salina regarding Steven Bechard |
| 03/13/18 | A. Gutierrez | 3.10 | 775.00 | Telephone conference with Oncology Associates regarding Nelsen settlement; telephone conference with provider regarding Eisenhauer settlement; correspondence with Ms. Reed regarding status of review of Smith and Meyers files; telephone conference with Mr. King about need for authorization; draft Nelsen settlement agreement; revise Bechard authorization; multiple correspondence ▮▮▮▮▮ ▮▮▮▮▮ telephone conference with Bryan Hospital regarding settlement of Thompson claim |
| 03/14/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with Accredited Collection Service regarding Jonathan King's claim |
| 03/14/18 | M. Fosbender | 0.40 | 78.00 | Draft authorization letter to be sent to Bryan Medical Center regarding Willis Smith |
| 03/14/18 | M. Fosbender | 0.70 | 136.50 | Draft settlement agreement for plan participant, Lily Johnson |
| 03/14/18 | A. Gutierrez | 0.40 | 100.00 | Correspondence with TBG's counsel to request information to assist with CHI negotiations; review correspondence from Mr. King; correspondence with ▮▮▮▮▮ ▮▮▮▮▮ |
| 03/15/18 | M. Fosbender | 0.30 | 58.50 | Finalize and send the Eisenhauer and Nelsen settlement agreements |
| 03/15/18 | M. Fosbender | 0.30 | 58.50 | Review and analyze Lily King's claim documentation |
| 03/15/18 | M. Fosbender | 0.90 | 175.50 | Review and analyze outstanding claims |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
April 26, 2018
Client Matter No. 1504101-7
Invoice No. 2416020
Page 5

| 03/15/18 | A. Gutierrez | 1.60 | 400.00 | Review and revise Smith authorization; review and revise Johnson settlement agreement; conference with Mattea regarding matter status, strategy and tasks |
| 03/16/18 | M. Fosbender | 0.20 | 39.00 | Finalize and send the Eisenhauer and Nelsen settlement agreements |
| 03/19/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with Valley Hope regarding Lucas Meyers' claim |
| 03/19/18 | M. Fosbender | 0.30 | 58.50 | Draft authorization letter to be sent to Bryan Medical Center regarding Willis Smith |
| 03/20/18 | M. Fosbender | 0.10 | 19.50 | Correspond with ███████████ |
| 03/20/18 | M. Fosbender | 0.10 | 19.50 | Finalize and send the Eisenhauer settlement agreement |
| 03/20/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with Valley Hope regarding Lucas Meyers' claim |
| 03/20/18 | M. Fosbender | 0.60 | 117.00 | Review and analyze recent e-mail from Brian Bergman regarding Cloud County |
| 03/21/18 | M. Fosbender | 0.30 | 58.50 | Correspond with ███████████ |
| 03/22/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with Shelby Rahe regarding Via Christi claim |
| 03/22/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze outstanding claims |
| 03/23/18 | M. Fosbender | 0.20 | 39.00 | Correspond with TBG regarding submission dates for Cloud County claims |
| 03/27/18 | A. Gutierrez | 0.70 | 175.00 | Review and analyze Johannes file; prepare correspondence to ███ |
| 03/28/18 | M. Fosbender | 0.10 | 19.50 | Draft e-mail correspondence to Ms. Reed regarding Willis Smith, Lucas Meyers and Via Christi claims |
| 03/28/18 | M. Fosbender | 0.30 | 58.50 | Correspond with ███████ Ms. Langdon and Mr. Thalken regarding Nicole Johannes' claims |
| 03/29/18 | M. Fosbender | 0.20 | 39.00 | Correspond with ███████ Ms. Langdon and Mr. Thalken regarding Cloud County claims |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
April 26, 2018
Client Matter No. 1504101-7
Invoice No. 2416020
Page 6

| | | | | |
|---|---|---|---|---|
| 03/30/18 | M. Fosbender | 0.20 | 39.00 | Correspond with ▮▮▮▮▮ and Mr. Bergman regarding documentation provided by TBG to CVA |

TOTAL HOURS                 28.90

TOTAL FOR SERVICES RENDERED                               $6,728.00

DISBURSEMENTS

| | |
|---|---|
| Facsimile Charges | 30.00 |
| Freight and Postage | 8.00 |
| Reproduction Costs | 27.60 |

TOTAL DISBURSEMENTS                                        65.60

TOTAL CURRENT AMOUNT DUE                               $6,793.60

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 19.30 | $250.00 | $4,825.00 |
| R. Slovek | 0.20 | 350.00 | 70.00 |
| M. Fosbender | 9.40 | 195.00 | 1,833.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

May 29, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2426610
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2426610
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/18 | M. Fosbender | 0.10 | 19.50 | Correspond with Ms. Reed regarding documentation for Mr. King's claim |
| 04/02/18 | M. Fosbender | 0.20 | 39.00 | Correspond to ███████ ████ ████ and review documentation from TBG regarding Ms. Johannes |
| 04/02/18 | M. Fosbender | 0.60 | 117.00 | Review and analyze documentation regarding CHI and Cloud County claims |
| 04/03/18 | M. Fosbender | 0.20 | 39.00 | Correspond with Mr. Hatt regarding CHI procedure codes and patient EOBs |
| 04/04/18 | K. Vangrud | 3.00 | 510.00 | Prepare spreadsheet detailing amount of employees' responsibility on various claims based upon my review of EOBs provided by The Benefit Group |
| 04/05/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze CHI EOBs for plan participants |
| 04/05/18 | K. Vangrud | 1.40 | 238.00 | Prepare spreadsheet detailing amount of employees' responsibility on various claims based upon my review of EOBs provided by The Benefit Group |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303992

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
May 29, 2018
Client Matter No. 1504101-7
Invoice No. 2426610
Page 2

| | | | | |
|---|---|---|---|---|
| 04/06/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze CHI EOBs for plan participants |
| 04/06/18 | M. Fosbender | 0.20 | 39.00 | Correspond with Ms. Reed regarding Willis Smith, Jonathan King, Lucas Meyers, and Via Christi |
| 04/09/18 | A. Gutierrez | 0.30 | 75.00 | Correspondence with Mr. Towle regarding CHI invoice; review correspondence from Ms. Reed and provide guidance to Ms. Fossbender regarding negotiations in light of guidance from Ms. Reed |
| 04/10/18 | M. Fosbender | 0.20 | 39.00 | Correspond with Christi at Valley Hope regarding Lucas Meyers; correspond with ▮▮▮▮▮ |
| 04/11/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with ▮▮▮ |
| 04/13/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze Ms. Johannes' documentation provided by TBG |
| 04/16/18 | M. Fosbender | 0.10 | 19.50 | Correspond with ▮▮▮▮ |
| 04/16/18 | M. Fosbender | 0.10 | 19.50 | Correspond with Christi at Valley Hope regarding Lucas Meyers |
| 04/17/18 | M. Fosbender | 0.40 | 78.00 | Review and analyze CHI EOBs for plan participants |
| 04/19/18 | M. Fosbender | 0.20 | 39.00 | Correspond with Mr. Hatt regarding CHI claims |
| 04/23/18 | M. Fosbender | 0.10 | 19.50 | Called Kate at Bryan Medical Center and left voicemail regarding Willis Smith and Lily King |
| 04/23/18 | M. Fosbender | 0.30 | 58.50 | Review and analyze Steven Bechard's claim and correspond with Mr. Flax regarding Steven Bechard's claim |
| 04/23/18 | M. Fosbender | 1.10 | 214.50 | Review and analyze outstanding claims |
| 04/24/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail at Northeast Nebraska Imaging regarding a bill sent to Ms. Eisenhauer |
| 04/24/18 | M. Fosbender | 0.20 | 39.00 | Review Ms. Eisenhauer's claim and telephone conference with Ms. Eisenhauer regarding her settled claim |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
May 29, 2018
Client Matter No. 1504101-7
Invoice No. 2426610
Page 3

| | | | | |
|---|---|---|---|---|
| 04/25/18 | M. Fosbender | 0.10 | 19.50 | Called Kate at Bryan Medical and left voicemail regarding Johnson and Smith claims |
| 04/25/18 | M. Fosbender | 0.20 | 39.00 | Review response sent from Salina Regional Health Center regarding Steven Bechard's claim |
| 04/25/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Susan at General Service Bureau regarding Drew Hopwood (CHI) claim |
| 04/25/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with debt collector who called regarding Ms. Eisenhauer's claim |
| 04/25/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with Ms. Driggs at Valley Hope regarding Lucas Meyers' claim; draft authorization for Lucas Meyers' claim and send to ▮▮ |
| 04/26/18 | M. Fosbender | 0.20 | 39.00 | Correspond with ▮▮▮▮▮▮▮▮ |
| 04/27/18 | M. Fosbender | 0.50 | 97.50 | Provide ▮▮▮▮▮▮▮ |
| 04/27/18 | M. Fosbender | 0.90 | 175.50 | Correspond with Mr. Hatt regarding CHI claims |

TOTAL HOURS                    12.10

TOTAL FOR SERVICES RENDERED                                    $2,266.00

DISBURSEMENTS

Facsimile Charges                              7.50
Reproduction Costs                           104.80

TOTAL DISBURSEMENTS                                                112.30

TOTAL CURRENT AMOUNT DUE                                         $2,378.30

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
May 29, 2018
Client Matter No. 1504101-7
Invoice No. 2426610
Page 4

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| A. Gutierrez | 0.30 | $250.00 | $75.00 |
| M. Fosbender | 7.40 | 195.00 | 1,443.00 |
| K. Vangrud | 4.40 | 170.00 | 748.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303995

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

June 21, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2437017
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2437017
1504101-7

Re:      TBG Litigation

For Professional Legal Services Rendered

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with Kate from Bryan Medical regarding Johnson and Smith claims and resend Johnson settlement agreement |
| 05/01/18 | M. Fosbender | 0.40 | 78.00 | Telephone conference with ▇▇ ▇▇▇ |
| 05/02/18 | M. Fosbender | 0.20 | 39.00 | Correspond with Willis Smith regarding outstanding claim |
| 05/03/18 | M. Fosbender | 0.10 | 19.50 | Left voicemail for Kate at Bryan Medical regarding Johnson settlement agreement |
| 05/08/18 | M. Fosbender | 0.10 | 19.50 | Correspond with Ms. Langdon regarding new CVA claims as well as requests for reconsideration |
| 05/09/18 | M. Fosbender | 0.30 | 58.50 | Review documentation for Budler and Grandfield claims |
| 05/10/18 | P. Bartels | 0.30 | 72.00 | Conference with Ms. Gutierrez regarding benefit claims denials and appeals |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303996

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
June 21, 2018
Client Matter No. 1504101-7
Invoice No. 2437017
Page 2

| 05/10/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ███████████████ |
| 05/10/18 | M. Fosbender | 0.30 | 58.50 | Review Johannes' family claims and e-mail Ms. Langdon regarding the coinsurance discrepancies |
| 05/10/18 | M. Fosbender | 0.40 | 78.00 | Review procedure for denial of untimely claims and review outstanding claims |
| 05/10/18 | M. Fosbender | 0.50 | 97.50 | Telephone conference with ██████ |
| 05/11/18 | M. Fosbender | 0.10 | 19.50 | Left voicemail for Christi regarding Lucas Meyers claim |
| 05/11/18 | M. Fosbender | 0.10 | 19.50 | Left voicemail for Kate Watson regarding Willis Smith claim |
| 05/14/18 | P. Bartels | 2.30 | 552.00 | Review plan administration and claims and appeals procedures in plan document to identify procedural requirements for claimants |
| 05/14/18 | M. Fosbender | 0.60 | 117.00 | Review plan documents and business agreement between CVA and TBG |
| 05/15/18 | P. Bartels | 3.20 | 768.00 | Review documents relating to the Dubas appeal; analyze procedural posture of claim and appeal pursuant to the claims and appeals requirements set forth in the plan document |
| 05/15/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Watson regarding Willis Smith claim |
| 05/15/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ████████████ |
| 05/16/18 | P. Bartels | 3.60 | 864.00 | Review documents relating to Budler claim; analyze claims and appeal posture of same; review documents relating to Granfield claim; analyze claims and appeal posture of same |
| 05/17/18 | P. Bartels | 0.60 | 144.00 | Review guidance regarding contents for notice of adverse benefit determination |
| 05/17/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Mr. Hatt regarding update on CHI claims calculations |
| 05/17/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ████████████ and Ms. Langdon regarding Johannes family |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
June 21, 2018
Client Matter No. 1504101-7
Invoice No. 2437017
Page 3

| | | | | |
|---|---|---|---|---|
| 05/18/18 | P. Bartels | 0.20 | 48.00 | Review guidance regarding contents for notice of adverse benefit determination |
| 05/18/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05/19/18 | P. Bartels | 0.70 | 168.00 | Prepare form of notice of adverse benefit determination |
| 05/20/18 | P. Bartels | 3.40 | 816.00 | Prepare notice of adverse benefit determination for claim for benefits and first appeal relating to services provided to Mr. Dubas |
| 05/21/18 | P. Bartels | 4.10 | 984.00 | Prepare Notice of Adverse Benefit Determination for First Appeal for Dubas claim; review claims and appeal information for Granfield claim for assistant surgeon charges; review claims and appeal information for Granfield claim for surgery charges |
| 05/21/18 | M. Fosbender | 0.10 | 19.50 | Left voicemail for Ms. Watson at Bryan Medical regarding outstanding claims |
| 05/21/18 | M. Fosbender | 0.30 | 58.50 | Review Johannes' claim documentation and correspondence with Ms. Langdon |
| 05/21/18 | M. Fosbender | 0.50 | 97.50 | Telephone conference with ▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 05/21/18 | M. Fosbender | 0.70 | 136.50 | Review and analyze the Granfield, Budler and Dubas appeals and correspondence with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 05/29/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Mr. Hatt regarding update on CHI claims calculations |
| 05/29/18 | M. Fosbender | 0.40 | 78.00 | Review outstanding Bryan Medical claims and correspond with Ms. Watson regarding such claims |
| 05/31/18 | P. Bartels | 0.30 | 72.00 | Conference regarding status of plan amendment to modify claims procedures and person responsible for making final appeals determinations; review time line of Granfield claims and appeals |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 303998

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
June 21, 2018
Client Matter No. 1504101-7
Invoice No. 2437017
Page 4

TOTAL HOURS                          25.10

TOTAL FOR SERVICES RENDERED                                      $5,736.00

DISBURSEMENTS

Facsimile Charges                           7.50
Pacer - Federal Court Document Fees         9.50
Reproduction Costs                         35.60

TOTAL DISBURSEMENTS                                               52.60

TOTAL CURRENT AMOUNT DUE                                        $5,788.60

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| P. Bartels | 18.70 | $240.00 | $4,488.00 |
| M. Fosbender | 6.40 | 195.00 | 1,248.00 |

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

July 19, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2451226
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2451226
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 06/01/18 | P. Bartels | 6.30 | 1,512.00 | Review guidance regarding external review requirements for self-insured group health plans; review the Plan Document and Summary Plan Description for the Central Valley Ag Cooperative Health Care Plan regarding external review requirements; prepare notice of claims denial for Granfield claim for surgery benefits |
| 06/01/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail with Mr. Hatt regarding outstanding CHI claims |
| 06/01/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail with Ms. Watson regarding outstanding Bryan Medical claims |
| 06/01/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail with Ms. Driggs regarding Lucas Meyers claim documentation |
| 06/01/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with ███ ██████████████████████ ███████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 2

| 06/01/18 | M. Fosbender | 0.20 | 39.00 | Review claim for Mr. Meyers |
|---|---|---|---|---|
| 06/01/18 | M. Fosbender | 0.30 | 58.50 | Draft correspondence to Mr. Davidson regarding Johannes' family claim |
| 06/01/18 | M. Fosbender | 0.50 | 97.50 | Review Johannes family claim documentation |
| 06/04/18 | M. Fosbender | 0.10 | 19.50 | Draft and send correspondence to Ms. Reed regarding Via Christi claims and Lucas Meyers' claim |
| 06/04/18 | M. Fosbender | 0.90 | 175.50 | Draft Willis Smith settlement agreement |
| 06/05/18 | P. Bartels | 5.70 | 1,368.00 | Prepare denial letter for Granfield claim for surgery-related benefits; prepare denial letter for Granfield claim for assistant surgeon benefits; prepare denial letter for Dubas claim; correspond with Ms. Fosbender regarding additional information needed to review and analyze Granfield and Dubas claim denials and prepare denial letters |
| 06/06/18 | P. Bartels | 3.80 | 912.00 | Review the Central Valley Ag Cooperative Health Care Plan document relating to persons with responsibility for claims and appeals; prepare correspondence to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ |
| 06/06/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ |
| 06/06/18 | M. Fosbender | 0.10 | 19.50 | Draft correspondence to Ms. Langdon regarding EOB documentation for Mr. Grandfield's appeal |
| 06/06/18 | M. Fosbender | 0.10 | 19.50 | Draft correspondence to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ |
| 06/06/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ |
| 06/06/18 | M. Fosbender | 0.40 | 78.00 | Telephone conference with Mr. Hatt regarding CHI claims |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304001

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 3

| | | | | |
|---|---|---|---|---|
| 06/06/18 | M. Fosbender | 0.50 | 97.50 | Telephone conference with ▇ ▇ |
| 06/06/18 | M. Fosbender | 0.60 | 117.00 | Analyze 2015 and 2016 CHI claims regarding total billed charges and settlement amounts |
| 06/07/18 | P. Bartels | 5.60 | 1,344.00 | Participate in conference call regarding Central Valley Ag Cooperative Health Care Plan; review correspondence from Ms. Langdon regarding explanations of benefits; review amended and restated plan document ▇ ▇ review Administrative Services Agreement with UMR, Inc.; conference ▇ review run-out claims agreements with The Benefits Group, Inc. p▇ ▇ |
| 06/07/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with Ms. Driggs regarding documentation for Lucas Meyers' claim |
| 06/07/18 | M. Fosbender | 0.20 | 39.00 | Preparation for conference call with ▇ ▇ |
| 06/07/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with ▇ ▇ |
| 06/08/18 | P. Bartels | 5.10 | 1,224.00 | Review amended and restated Central Valley Ag Cooperative Health Benefit Summary Plan Description provisions relating to claims and appeals; review copies of explanations of benefits for Granfield claims; prepare denial letters for Granfield claims; prepare denial letter for Dubas claim; correspond with ▇ |

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 4

| | | | | |
|---|---|---|---|---|
| 06/08/18 | M. Fosbender | 0.10 | 19.50 | Called at time of scheduled telephone conference and left voicemail ████ |
| 06/08/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with ████ |
| 06/08/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with ████ |
| 06/08/18 | M. Fosbender | 0.20 | 39.00 | Review denial letters for Dubas and Grandfield appeals |
| 06/08/18 | M. Fosbender | 0.40 | 78.00 | Review Fischer claim documentation provided by ████ |
| 06/11/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ████ |
| 06/11/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with ████ |
| 06/11/18 | M. Fosbender | 0.10 | 19.50 | Draft correspondence to ████ |
| 06/11/18 | M. Fosbender | 0.90 | 175.50 | Review and analyze outstanding claims |
| 06/11/18 | A. Gutierrez | 0.40 | 100.00 | Conference with Ms. Fosbender regarding matter status and task items to complete |
| 06/12/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Mr. Hatt regarding 2015 claims |
| 06/12/18 | A. Gutierrez | 0.40 | 100.00 | Correspondence with Mr. Davidson regarding settlement of patient responsibility for Ms. Johannes |
| 06/13/18 | M. Fosbender | 0.20 | 39.00 | Review the small claims docket regarding Fischer claim |
| 06/13/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference and correspondence with ████ |
| 06/13/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with ████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 5

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/13/18 | M. Fosbender | 2.10 | 409.50 | Draft response to the Department of Labor regarding update on outstanding claims and paid claims |
| 06/13/18 | A. Gutierrez | 1.00 | 250.00 | Review revised EOB's and explanation of reprocessing received from TBG; continue drafting correspondence to Mr. Davidson regarding Johannes claim; correspondence with ███████████ ███████████ |
| 06/14/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Reed regarding Lucas Meyers' claim |
| 06/14/18 | M. Fosbender | 0.30 | 58.50 | Review Mr. Sipe's claim and draft correspondence to Ms. Reed regarding Mr. Sipe's claim |
| 06/14/18 | A. Gutierrez | 0.70 | 175.00 | Review status of Sipe negotiations; conference with Ms. Fosbender regarding same |
| 06/15/18 | M. Fosbender | 0.20 | 39.00 | Review settlement agreement reached with Mercy regarding Ms. Lamprecht claim |
| 06/15/18 | M. Fosbender | 0.20 | 39.00 | Called and left message for Mr. Abbott regarding Ms. Fischer's claim |
| 06/18/18 | A. Gutierrez | 0.80 | 200.00 | Telephone conference with Mr. Davidson regarding Johannes claim; review refund check and claim history received from Mr. Davidson; correspondence with Ms. Langdon to require about whether any refunds on Johannes claim were ever received |
| 06/19/18 | A. Gutierrez | 4.60 | 1,150.00 | Prepare spreadsheet identifying claims negotiated and outstanding claims for purposes of damages analysis and delivery of status report to DOL; conference with ███████████ ███████ |
| 06/20/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with Ms. Watson regarding 2015 Bryan claims |
| 06/20/18 | M. Fosbender | 0.20 | 39.00 | Called and left message for Mr. Abbott regarding Ms. Fischer's claim |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304004

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 6

| | | | | |
|---|---|---|---|---|
| 06/20/18 | M. Fosbender | 0.20 | 39.00 | Review documentation from Ms. Langdon regarding adjustment and payment for Johannes claim |
| 06/20/18 | M. Fosbender | 0.30 | 58.50 | Review list of paid and outstanding claims |
| 06/20/18 | A. Gutierrez | 4.20 | 1,050.00 | Correspondence with Mr. Davidson regarding Johannes matter; continue developing spreadsheet with damages analysis and information for the DOL regarding outstanding claims; review correspondence from Ms. Reed regarding review of claims |
| 06/21/18 | M. Fosbender | 0.10 | 19.50 | Revise list of paid and outstanding claims |
| 06/21/18 | A. Gutierrez | 0.70 | 175.00 | Review correspondence from Mr. Davidson regarding Johannes claim; correspondence with ███████ correspondence with ███████ |
| 06/22/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Langdon regarding PHCS information |
| 06/22/18 | A. Gutierrez | 0.20 | 50.00 | Conference with ███████ |
| 06/25/18 | M. Fosbender | 0.10 | 19.50 | Review PHCS information sent from Ms. Langdon regarding Gary Sipe's claim |
| 06/25/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze 2015 Bryan Medical claims |
| 06/25/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with Mr. Abbott regarding Ms. Fischer's claim and reviewed claim documentation |
| 06/25/18 | A. Gutierrez | 3.50 | 875.00 | Continue creating spreadsheet summarizing outstanding claims to be provided to DOL; conference with Ms. Fosbender regarding status of Bryan negotiations |
| 06/26/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Ms. Watson regarding outstanding Bryan Medical claims |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304005

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 7

| | | | | |
|---|---|---|---|---|
| 06/26/18 | M. Fosbender | 0.10 | 19.50 | Draft correspondence to Ms. Reed regarding Lucas Meyers' claim |
| 06/26/18 | M. Fosbender | 0.20 | 39.00 | Confer with Ms. Reed and provide her with update on Via Christi claims |
| 06/26/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze status of information requested by the Department of Labor |
| 06/26/18 | A. Gutierrez | 1.70 | 425.00 | Telephone conference with ███████ ████████████████████████ ██████ conference with Mattea regarding information regarding claims negotiations to be provided to DOL; gather correspondence showing history of efforts to negotiate outstanding claims |
| 06/27/18 | M. Fosbender | 0.10 | 19.50 | Review outstanding claims analysis and supporting documentation for the DOL request |
| 06/27/18 | M. Fosbender | 0.20 | 39.00 | Review Ms. Reed's analysis of Messrs. Meyers' and Sipe's claims and draft correspondence to Ms. Reed addressing her recommendations |
| 06/27/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Ms. Jackson regarding Mr. Sipe's claim |
| 06/27/18 | M. Fosbender | 0.80 | 156.00 | Gather e-mail documentation and additional evidence of negotiation efforts for DOL request |
| 06/27/18 | A. Gutierrez | 4.80 | 1,200.00 | Draft memorandum regarding efforts to resolve outstanding claims; review correspondence received from Ms. Reed regarding Meyers claim; telephone conference with ████████████████ █████████████████████ revise spreadsheet to be provided to DOL |
| 06/28/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ████████████ ████████████████ |
| 06/28/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with Ms. Watson regarding the settlement agreement pertaining to Willis Smith's claims |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304006

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 8

| | | | | |
|---|---|---|---|---|
| 06/28/18 | M. Fosbender | 0.40 | 78.00 | Review and analyze Ms. Reed's assessment of Lucas Meyers' claim in correlation with claim documentation |
| 06/28/18 | M. Fosbender | 0.80 | 156.00 | Revise Bryan Medical settlement agreement regarding Willis Smith claims |
| 06/28/18 | M. Fosbender | 1.70 | 331.50 | Continue reviewing outstanding claims analysis and supporting documentation for the DOL request |
| 06/28/18 | A. Gutierrez | 3.20 | 800.00 | Review and revise Smith settlement agreement; analyze Meyers claim to determine amount to be negotiated; correspondence with Ms. Reed regarding amount to be negotiated on Meyers claim; review and revise memorandum containing information to be provided to DOL |
| 06/29/18 | M. Fosbender | 0.20 | 39.00 | E-mail Ms. Watson the settlement agreement for execution regarding Willis Smith's claims |
| 06/29/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ███████████ ███████████ |
| 06/29/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with ███ ███████████ |
| 06/29/18 | A. Gutierrez | 0.90 | 225.00 | Conference with ████ ████ ███████ correspondence with Ms. Langdon to follow up regarding whether TBG ever credited CVA with a refund on Johannes claim; continue reviewing and revising settlement agreement with Bryan regarding Smith claim |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
July 19, 2018
Client Matter No. 1504101-7
Invoice No. 2451226
Page 9

TOTAL HOURS                     71.90

TOTAL FOR SERVICES RENDERED                                    $16,703.50

DISBURSEMENTS

Reproduction Costs                          137.20


TOTAL DISBURSEMENTS                                              137.20

TOTAL CURRENT AMOUNT DUE                                      $16,840.70


### SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| P. Bartels | 26.50 | $240.00 | $6,360.00 |
| A. Gutierrez | 27.10 | 250.00 | 6,775.00 |
| M. Fosbender | 18.30 | 195.00 | 3,568.50 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304008

# KUTAK ROCK LLP

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

August 24, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2461522
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2461522
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| | | | | |
|---|---|---|---|---|
| 07/02/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Ms. Jackson regarding Mr. Sipe's claim |
| 07/02/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Mr. Hatt regarding update on outstanding CHI claims |
| 07/02/18 | M. Fosbender | 0.20 | 39.00 | Review outstanding claims and prepare summary |
| 07/03/18 | A. Gutierrez | 0.10 | 25.00 | Review correspondence from Ms. Langdon regarding Johannes refund |
| 07/05/18 | A. Gutierrez | 0.20 | 50.00 | Correspondence with Ms. Reed regarding Meyers claim |
| 07/09/18 | A. Gutierrez | 1.10 | 275.00 | Correspondence with Ms. Reed regarding Meyers analysis; leave voice mail for Ms. Driggs at Valley Hope regarding Meyers negotiation; leave voice mail fro Ms. Jackson regarding Sipe negotiation; ███████████ ██████████████████; review e-mail from Ms. Langdon regarding Johannes negotiation |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
August 24, 2018
Client Matter No. 1504101-7
Invoice No. 2461522
Page 2

| | | | | | |
|---|---|---|---|---|---|
| 07/16/18 | A. Gutierrez | 0.50 | 125.00 | Correspondence with Mr. Davidson regarding Johannes settlement; telephone conference with ███████████ ███████ begin drafting Johannes settlement agreement |
| 07/17/18 | A. Gutierrez | 1.70 | 425.00 | Correspondence and telephone conference with ████████████████████ ████ |
| 07/19/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Ms. Driggs regarding Mr. Meyers' claims |
| 07/19/18 | M. Fosbender | 0.20 | 39.00 | Called and left voicemail for Mr. Abbott regarding Ms. Fischer's claim |
| 07/19/18 | M. Fosbender | 0.20 | 39.00 | Draft follow-up correspondence to Ms. Watson regarding executing the settlement agreement for Willis Smith's claims |
| 07/19/18 | M. Fosbender | 0.30 | 58.50 | Reviewed Mr. Sipe's claims and called and spoke with Ms. Jackson regarding Mr. Sipe's claim |
| 07/20/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Ms. Jackson regarding Mr. Sipe's claim |
| 07/23/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Mr. Hatt regarding outstanding CHI claims |
| 07/23/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Ms. Watson regarding Willis Smith's settlement agreement |
| 07/23/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Ms. Driggs regarding Mr. Meyers' claim |
| 07/23/18 | M. Fosbender | 0.20 | 39.00 | Called and left voicemail for Mr. Abbott regarding Sharon Fischer's claim |
| 07/23/18 | M. Fosbender | 0.30 | 58.50 | Review and analyze Mr. Meyers' claim |
| 07/23/18 | M. Fosbender | 0.30 | 58.50 | Correspondence with ███████████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304010

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
August 24, 2018
Client Matter No. 1504101-7
Invoice No. 2461522
Page 3

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 07/23/18 | A. Gutierrez | 1.00 | 250.00 | Correspondence with ████████ ██████; review correspondence from ████████████ ████; conference with Ms. Fosbender regrading status of outstanding claims and status of Johannes matter; revise Johannes settlement agreement |
| 07/24/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Watson regarding execution of the Willis Smith settlement agreement |
| 07/24/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ████████ ████████████████ |
| 07/24/18 | M. Fosbender | 0.30 | 58.50 | Telephone conference with Ms. Jackson regarding settlement of Gary Sipe's claims |
| 07/24/18 | M. Fosbender | 0.60 | 117.00 | Draft settlement agreement with Via Christi regarding Gary Sipe's outstanding claims |
| 07/24/18 | A. Gutierrez | 4.20 | 1,050.00 | Conference with Ms. Fosbender regarding Sipe settlement and status of CHI negotiations; review and revise Sipe settlement agreement; prepare responses to TBG discovery requests in federal litigation related to balance bill claims |
| 07/25/18 | A. Gutierrez | 0.10 | 25.00 | Telephone conference with debt collector regarding Drew Hopwood claim |
| 07/26/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Ms. Watson regarding Willis Smith's settlement agreement |
| 07/27/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ██████ ████████████████ |
| 07/27/18 | A. Gutierrez | 1.50 | 375.00 | Continue preparation of discovery responses regarding balance billed claims |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
August 24, 2018
Client Matter No. 1504101-7
Invoice No. 2461522
Page 4

| | | | | |
|---|---|---|---|---|
| 07/30/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Watson regarding Willis Smith's settlement agreement |
| 07/30/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Mr. Abbott regarding Ms. Fischer's claim |
| 07/30/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Ms. Driggs regarding Lucas Meyers' claims |
| 07/30/18 | M. Fosbender | 0.60 | 117.00 | Draft settlement agreement regarding Lucas Meyers' claims |
| 07/30/18 | A. Gutierrez | 3.20 | 800.00 | Correspondence with ███████ ████████████████████ ████████████████████ ██████ draft Johannes settlement agreement; continue drafting responses to discovery requests regarding balance billed claims |
| 07/31/18 | A. Gutierrez | 0.70 | 175.00 | Review and revise Meyers settlement agreement |

TOTAL HOURS          19.20

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
August 24, 2018
Client Matter No. 1504101-7
Invoice No. 2461522
Page 5

TOTAL FOR SERVICES RENDERED                                          $4,530.50

DISBURSEMENTS

| | | |
|---|---|---|
| Facsimile Charges | 6.00 | |
| Reproduction Costs | 13.20 | |
| Miscellaneous | 1.00 | VENDOR: NEBRASKA.GOV; INVOICE#: 3655134; DATE: 6/30/2018 - Justice Case Listing, Case Search on D01CI180000472, 6/26/18 |
| Miscellaneous | 1.00 | VENDOR: NEBRASKA.GOV; INVOICE#: 3655134; DATE: 6/30/2018 - Justice Case Listing, Case Search on D01CI170001767, 6/26/18 |

TOTAL DISBURSEMENTS                                                   21.20

TOTAL CURRENT AMOUNT DUE                                             $4,551.70

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 14.30 | $250.00 | $3,575.00 |
| M. Fosbender | 4.90 | 195.00 | 955.50 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304013

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**

Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

September 25, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2471966
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2471966
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| | | | | |
|---|---|---|---|---|
| 08/01/18 | A. Gutierrez | 1.50 | 375.00 | Respond to ████████ ████ revise responses ████ ████████ |
| 08/02/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Mr. Abbott regarding Ms. Fischer's claims |
| 08/02/18 | M. Fosbender | 0.50 | 97.50 | Review and analyze documentation to ████████ |
| 08/02/18 | A. Gutierrez | 1.80 | 450.00 | Correspondence with ████████ ████ continue drafting responses █ ████ ████ conference with Ms. Fosbender to provide instruction regarding ████████ ████ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304014

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
September 25, 2018
Client Matter No. 1504101-7
Invoice No. 2471966
Page 2

| | | | | |
|---|---|---|---|---|
| 08/03/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze correspondence with Ms. Reed regarding her expert opinions |
| 08/03/18 | M. Fosbender | 0.50 | 97.50 | Review and analyze correspondence with providers regarding settlement negotiations |
| 08/03/18 | M. Fosbender | 3.30 | 643.50 | Continue reviewing and analyzing documentation to prepare response to discovery requests |
| 08/03/18 | A. Gutierrez | 0.40 | 100.00 | Conference with Ms. Fosbender regarding assistance with completing discovery responses concerning negotiation of balance billed claims; review and revise draft correspondence to Mr. Hatt |
| 08/06/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Mr. Hatt regarding outstanding CHI claims |
| 08/06/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Mr. Abbott regarding Ms. Fischer's claims |
| 08/06/18 | M. Fosbender | 0.30 | 58.50 | Draft correspondence to ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ |
| 08/07/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Ms. Hughes regarding Ms. Fischer's claims |
| 08/07/18 | M. Fosbender | 0.10 | 19.50 | Called and left voicemail for Mr. Abbott regarding Ms. Fischer's claims |
| 08/07/18 | M. Fosbender | 0.20 | 39.00 | Edit and revise correspondence to ▮▮ ▮▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮ |
| 08/07/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ▮▮▮▮▮▮▮ |
| 08/07/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Ms. Langel regarding Ms. Fischer's claims |
| 08/07/18 | M. Fosbender | 0.70 | 136.50 | Continue reviewing and analyzing documentation to ▮▮▮▮▮▮▮ |
| 08/07/18 | M. Fosbender | 0.80 | 156.00 | Draft settlement offer to Mr. Abbott regarding Sharon Fischer's claims |
| 08/07/18 | M. Fosbender | 1.00 | 195.00 | Draft settlement agreement regarding Sharon Fischer's claims |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304015

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
September 25, 2018
Client Matter No. 1504101-7
Invoice No. 2471966
Page 3

| 08/07/18 | M. Fosbender | 1.80 | 351.00 | Edit and revise ████████████ ████ |
| 08/07/18 | A. Gutierrez | 4.20 | 1,050.00 | Correspondence with ████████ ███████████████████████ update discovery responses; conference with Ms. Fosbender regarding revisions to discovery responses |
| 08/09/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ████████ ███████████████████ ███████ |
| 08/09/18 | M. Fosbender | 0.10 | 19.50 | Telephone conference with Ms. Hughes regarding Ms. Fischer's claims |
| 08/09/18 | M. Fosbender | 0.20 | 39.00 | Draft correspondence to Ms. Hughes regarding Ms. Fischer's claims |
| 08/09/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ████████ ███████ |
| 08/09/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with Ms. Langel regarding settlement agreement with Mercy Medical Center |
| 08/09/18 | M. Fosbender | 0.30 | 58.50 | Edit and revise settlement agreement regarding Ms. Fischer's claims |
| 08/09/18 | M. Fosbender | 0.30 | 58.50 | Correspondence with Ms. Hughes regarding Ms. Fischer's claims |
| 08/09/18 | A. Gutierrez | 0.60 | 150.00 | Review and revise Fischer settlement agreement |
| 08/10/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Hughes regarding settlement agreement |
| 08/10/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Langel regarding settlement agreement with Mercy Medical Center |
| 08/10/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ████████ ███████████████████████ |
| 08/13/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ████████ ███████████████████████ |
| 08/13/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Ms. Hughes regarding settlement agreement |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
September 25, 2018
Client Matter No. 1504101-7
Invoice No. 2471966
Page 4

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 08/13/18 | M. Fosbender | 0.80 | 156.00 | Continue reviewing and analyzing correspondence with providers and plan participants regarding settlement negotiations and balance billing ▮ |
| 08/13/18 | A. Gutierrez | 6.80 | 1,700.00 | Analyze and gather documents ▮ |
| 08/14/18 | M. Fosbender | 0.60 | 117.00 | Review and analyze documentation ▮ |
| 08/14/18 | M. Fosbender | 1.30 | 253.50 | Edit and revise ▮ |
| 08/14/18 | A. Gutierrez | 3.90 | 975.00 | Prepare documents ▮ correspondence with ▮ |
| 08/15/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with ▮ |
| 08/15/18 | M. Fosbender | 0.60 | 117.00 | Edit and revise ▮ |
| 08/15/18 | A. Gutierrez | 0.50 | 125.00 | Revise ▮ |
| 08/16/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with Mr. Hatt regarding CHI claim calculations |
| 08/16/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Ms. Driggs regarding Mr. Meyers |
| 08/16/18 | M. Fosbender | 0.20 | 39.00 | Review the settlement agreement regarding Mr. Meyers' claim and fax to Ms. Driggs |
| 08/17/18 | M. Fosbender | 0.20 | 39.00 | Telephone conference with Mr. Hatt's regarding settlement proposal |
| 08/17/18 | M. Fosbender | 0.20 | 39.00 | Correspondence with ▮ |
| 08/17/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze Mr. Hatt's settlement proposal |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304017

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
September 25, 2018
Client Matter No. 1504101-7
Invoice No. 2471966
Page 5

| | | | | |
|---|---|---|---|---|
| 08/17/18 | A. Gutierrez | 0.20 | 50.00 | Review correspondence from Mr. Hatt regarding settlement proposal; direct Ms. Fosbender regarding correspondence of same to client |
| 08/20/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ██████████ ████████████████████ ████████ |
| 08/20/18 | M. Fosbender | 0.10 | 19.50 | Review and analyze fax from Ms. Driggs |
| 08/20/18 | M. Fosbender | 0.60 | 117.00 | Review and analyze CHI settlement spreadsheet |
| 08/20/18 | A. Gutierrez | 1.40 | 350.00 | Calculate new settlement amount under CHI's new proposed formula; conference with Mr. Hatt regarding same |
| 08/21/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ████ ██████ ████████ ██████ ██████ |
| 08/21/18 | M. Fosbender | 0.10 | 19.50 | Correspondence with ██████████ |
| 08/21/18 | M. Fosbender | 0.10 | 19.50 | Fax Ms. Driggs fully executed settlement agreement regarding Lucas Meyers' claims |
| 08/21/18 | M. Fosbender | 0.30 | 58.50 | Review and analyze Mr. Hatt's settlement proposal and possible counter proposals |
| 08/21/18 | M. Fosbender | 1.20 | 234.00 | Continue reviewing and analyzing documentation ████████████ |
| 08/21/18 | A. Gutierrez | 3.10 | 775.00 | Calculate potential settlement amounts under various proposed formulas; telephone conference with ████ ████ ████ ████ multiple correspondence with ████████ ████ correspondence with Mr. Davidson regarding Johannes settlement |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**
Central Valley Ag Cooperative
September 25, 2018
Client Matter No. 1504101-7
Invoice No. 2471966
Page 6

| 08/23/18 | A. Gutierrez | 0.50 | 125.00 | Review correspondence from ████ |
| | | | | ████████████████████████ |
| | | | | review file ██████████████ |
| | | | | ████████████████████████ telephone conference |
| | | | | with █████ |
| 08/24/18 | A. Gutierrez | 0.30 | 75.00 | Telephone conference with ████ |
| | | | | █████████ █ █████ ███████ |
| | | | | correspondence with ████████████ |
| | | | | ████████████████ |
| 08/31/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze correspondence with Mr. Hatt |
| 08/31/18 | A. Gutierrez | 0.80 | 200.00 | Correspond with ███████████ |
| | | | | ███████████████████ draft correspondence to Mr. Hatt with settlement proposal |

TOTAL HOURS        45.60

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
September 25, 2018
Client Matter No. 1504101-7
Invoice No. 2471966
Page 7

TOTAL FOR SERVICES RENDERED                                $10,322.00

DISBURSEMENTS

| | |
|---|---|
| Computer Research | 10.16 |
| Facsimile Charges | 18.00 |
| Freight and Postage | 14.91 |
| Pacer - Federal Court Document Fees | 4.30 |
| Reproduction Costs | 15.80 |

TOTAL DISBURSEMENTS                                          63.17

TOTAL CURRENT AMOUNT DUE                                $10,385.17

## SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 26.00 | $250.00 | $6,500.00 |
| M. Fosbender | 19.60 | 195.00 | 3,822.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304020

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

October 18, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2482908
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2482908
1504101-7

Re:      TBG Litigation

For Professional Legal Services Rendered

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 09/06/18 | A. Gutierrez | 1.10 | 275.00 | Review correspondence from ███ ████████ analyze Fremont Health claim; correspondence with ██████ correspondence with Mr. Davidson to inform him Fremont Health claim violates settlement agreement |
| 09/10/18 | A. Gutierrez | 1.60 | 400.00 | Telephone conference with ███ ████████ multiple correspondence with Mr. Booher regarding negotiation of claims |
| 09/13/18 | A. Gutierrez | 0.10 | 25.00 | Correspondence with Mr. Davidson to check status of review of Fremont Health invoice to Mr. Zoucha |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
October 18, 2018
Client Matter No. 1504101-7
Invoice No. 2482908
Page 2

| 09/18/18 | A. Gutierrez | 0.40 | 100.00 | Telephone conference with Mr. Davidson regarding write off of Fremont Health invoice to Mr. Zoucha; correspondence with █████████████ |
| 09/26/18 | A. Gutierrez | 0.20 | 50.00 | Correspondence with Mr. Booher to verify status of review of patient liability; correspondence with █████████████ |

TOTAL HOURS                 3.40

TOTAL FOR SERVICES RENDERED                                         $850.00

TOTAL CURRENT AMOUNT DUE                                            $850.00

SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| A. Gutierrez | 3.40 | $250.00 | $850.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**

Telephone 402-346-6000
Facsimile 402-346-1148

Federal ID 47-0597598

November 16, 2018

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Reference: Invoice No. 2494354
Client Matter No. 1504101-7

Mr. Rick Smithpeter
Central Valley Ag Cooperative
PO Box 429
2803 N. Nebraska Ave.
York, NE 68467

Invoice No. 2494354
1504101-7

Re:     TBG Litigation

For Professional Legal Services Rendered

| | | | | |
|---|---|---|---|---|
| 10/08/18 | M. Fosbender | 0.20 | 39.00 | Review correspondence and documents for information pertaining to Alexandra Dickinson's claim |
| 10/08/18 | M. Fosbender | 0.40 | 78.00 | Draft authorization letter to be sent to Neurology Consultants regarding Alexandra Dickenson's claim |
| 10/08/18 | A. Gutierrez | 0.60 | 150.00 | Telephone conference with Ms. Koenig regarding outstanding invoice in Dickinson matter; correspondence with ████████████████████ ████████████ review authorization allowing communication with provider |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304023

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 16, 2018
Client Matter No. 1504101-7
Invoice No. 2494354
Page 2

| | | | | |
|---|---|---|---|---|
| 10/09/18 | A. Gutierrez | 1.40 | 350.00 | Telephone conference with Ms. Koenig regarding settlement of claim; correspondence with Ms. Koenig to confirm terms of settlement; correspondence with ▮▮▮▮▮▮ ▮▮▮▮▮▮ correspondence with ▮▮▮▮▮ follow up telephone conference with ▮▮▮▮▮▮ ▮▮▮▮▮ |
| 10/09/18 | K. Vangrud | 0.30 | 51.00 | Compile and organize additional documents regarding claimant |
| 10/17/18 | M. Fosbender | 0.20 | 39.00 | Review and analyze records regarding plan participant Donny Drummond |
| 10/17/18 | A. Gutierrez | 0.10 | 25.00 | Correspondence with ▮▮▮▮▮ ▮▮▮▮▮ |
| 10/20/18 | M. Fosbender | 0.10 | 19.50 | Review correspondence from Mr. Booher at CHI regarding settlement |
| 10/22/18 | M. Fosbender | 0.30 | 58.50 | Review and analyze dates of service and provider on EOBs provided by Ms. Langdon regarding CHI claims |
| 10/22/18 | M. Fosbender | 0.30 | 58.50 | Review and analyze previous correspondence with Mr. Hatt and Ms. Langdon regarding 2015 CHI claims |
| 10/22/18 | A. Gutierrez | 2.50 | 625.00 | Analyze various settlement options; telephone conference with ▮▮ ▮▮▮▮▮ correspondence with Mr. Booher regarding settlement offer |
| 10/25/18 | A. Gutierrez | 0.10 | 25.00 | Reach out to Mr. Booher regarding status of settlement negotiations |
| 10/26/18 | M. Fosbender | 0.10 | 19.50 | Review correspondence from Mr. Booher at CHI regarding settlement |
| 10/26/18 | A. Gutierrez | 0.60 | 150.00 | Correspondence with Ms. Langdon to request detail concerning 195% of Medicare calculation for claim being negotiated with CHI; correspondence with Mr. Booher regarding status of obtaining requested claim detail; correspondence with ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮ |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

**KUTAK ROCK LLP**

Central Valley Ag Cooperative
November 16, 2018
Client Matter No. 1504101-7
Invoice No. 2494354
Page 3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/29/18 | M. Fosbender | 0.10 | 19.50 | Review correspondence from Mr. Booher at CHI regarding settlement |
| 10/29/18 | A. Gutierrez | 0.30 | 75.00 | Review correspondence from Ms. Langdon regarding request for claim detail; correspondence with Mr. Booher to follow up regarding settlement negotiation status; correspondence with ███████████████████ |
| 10/30/18 | A. Gutierrez | 0.50 | 125.00 | Correspondence with ████████ ███████ telephone conference with Ms. Mitchell regarding information requested from AMPS in order to further negotiations with CHI; correspondence with Ms. Mitchell regarding information requested from AMPS |

TOTAL HOURS                       8.10

TOTAL FOR SERVICES RENDERED                                   $1,907.50

TOTAL CURRENT AMOUNT DUE                                      $1,907.50

### SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| A. Gutierrez | 6.10 | $250.00 | $1,525.00 |
| M. Fosbender | 1.70 | 195.00 | 331.50 |
| K. Vangrud | 0.30 | 170.00 | 51.00 |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

CVA 304025