IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE, for itself and as Fiduciary of the Central Valley Ag Cooperative Health Care Plan;<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL K. LEONARD, SUSAN LEONARD, THE BENEFIT GROUP, INC., ANASAZI MEDICAL PAYMENT SOLUTIONS, INC., CLAIMS DELEGATE SERVICES, LLC, and GMS BENEFITS, INC.,<br><br>Defendants. | 8:17CV379<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Jordan R. Hasan as counsel on behalf of Defendants Anasazi Medical Payment Solutions, Inc., Claims Delegate Services, LLC, (Filing No. 363), is granted. Jordan R. Hasan shall no longer receive electronic notice in this case.

August 8, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge