IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CENTRAL VALLEY AG COOPERATIVE,** for itself and as Fiduciary of the Central Valley Ag Cooperative Health Care Plan; and **CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**DANIEL K. LEONARD, SUSAN LEONARD, THE BENEFIT GROUP, INC., ANASAZI MEDICAL PAYMENT SOLUTIONS, INC., CLAIMS DELEGATE SERVICES, LLC, LINUS G. HUMPAL, and GMS BENEFITS, INC.,**<br><br>Defendants. | **8:17CV379**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order:

IT IS ORDERED:

1. Defendants' Motions for Summary Judgment, ECF Nos. 257, 263, and 270, are granted;

2. Plaintiff's Motion for Partial Summary Judgment, ECF No. 273, is denied;

3. The Motions to Exclude and Motions in Limine, ECF Nos. 223, 243, 347, 350, 352, 355, and 371, are denied as moot; and

4. This action is dismissed, with prejudice.

Dated this 30th day of August 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge