IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE and CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN,<br><br>Plaintiffs,<br>v.<br><br>DANIEL K. LEONARD; SUSAN LEONARD; THE BENEFIT GROUP, INC.; ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS; CLAIMS DELEGATE SERVICES, LLC; and GMS BENEFITS, INC.,<br><br>Defendants. | CASE NO. 8:17-CV-379<br><br><br><br><br><br>DECLARATION OF<br>ELIZABETH A. CULHANE |

1. I am above the age of 19 and competent to testify.

2. I have personal knowledge of all facts set forth herein.

3. I am an attorney licensed to practice law in the State of Nebraska, the United States District Court for the District of Nebraska, and the United States Court of Appeals for the Eighth Circuit. I am also licensed to practice law in the State of Iowa and in various other federal courts throughout the country.

4. I am one of the attorneys of record for Defendant The Benefit Group, Inc. in this case.

5. I make this Declaration in support of The Benefit Group's Motion for Attorney Fees.

6. I graduated, magna cum laude, from Saint Louis University School of Law in 2007. From 2007 to 2009, I served as a law clerk to the Honorable C. Arlen Beam, United States Court of Appeals for the Eighth Circuit. Following my clerkship, I joined Fraser Stryker PC LLO. I have been a Partner in the Firm's litigation department since 2016.

**EXHIBIT 2**

7. As counsel for The Benefit Group, Inc., I appeared as The Benefit Group's counsel of record at the October, 2017 hearing on Plaintiffs' Motion for Temporary Restraining Order and successfully defended The Benefit Group against that Motion. I also prepared certain written discovery requests to be served on Plaintiffs, reviewed and edited certain briefs filed on behalf of The Benefit Group, and participated in discussions regarding case strategy.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of September, 2019.

_____
Elizabeth A. Culhane

2210531 v1