IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE and CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN,<br><br>Plaintiffs,<br>v.<br><br>DANIEL K. LEONARD; SUSAN LEONARD; THE BENEFIT GROUP, INC.; ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS; CLAIMS DELEGATE SERVICES, LLC; and GMS BENEFITS, INC.,<br><br>Defendants. | CASE NO. 8:17-CV-379<br><br><br><br>**DECLARATION OF JOSEPH E. JONES** |

1. I am above the age of 19 and competent to testify.

2. I have personal knowledge of all facts set forth herein.

3. I am an attorney licensed to practice law in the State of Nebraska, the United States District Court for the District of Nebraska, the United States Court of Appeals for the Eighth Circuit, and the United States Supreme Court. I am also admitted to practice law in numerous other federal courts throughout the country.

4. I am one of the attorneys of record for Defendant The Benefit Group, Inc. in this case.

5. I make this Declaration in support of The Benefit Group's Motion for Attorney Fees.

6. I graduated from the Creighton University School of Law in 1979, and have practiced law for approximately 40 years in the State of Nebraska. During my career I have tried over seventy-five jury trials and have extensive experience litigating complex cases in federal court including nationwide class actions involving The Fair Labor Standards Act (FLSA), The Fair Debt Collection Practices Act (FDCPA), The Fair Credit Reporting Act

**EXHIBIT 4**

(FCRA). I have also tried ERISA cases. I am a partner at Fraser Stryker and a member of the Firm's Executive Committee responsible for the governance of the firm.

7. I provided strategic counsel during key points in the litigation.

8. My hourly rate for the services I provided to The Benefit Group in this case ranged from $380 to $390 per hour. I am familiar with the rates charged by attorneys with similar experience in this District and these rates are reasonable.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of September, 2019.

_____
Joseph E. Jones

2211670 v1