UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE, For itself and as sponsor for the Central Valley Ag Cooperative Health Care Plan,<br>Plaintiff,<br><br>v.<br><br>DANIEL K. LEONARD; SUSAN LEONARD; THE BENEFIT GROUP INC.; ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS; CLAIMS DELEGATE SERVICES, LLC; and GMS BENEFITS, INC.,<br>Defendants. | CASE NO. 8:17-cv-379 |

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, Plaintiff, Central Valley Ag Cooperative, for itself and as sponsor for the Central Valley Ag Cooperative Health Care Plan, by and through undersigned counsel, hereby gives notice that it appeals to the United States Court of Appeals for the Eighth Circuit from the following Order of the Honorable Laurie Smith Camp, United States Chief Judge of the District of Nebraska:

1. The February 6, 2020 Memorandum and Order and February 14, 2020 Orders granting Defendants' Motions for Attorney Fees and Costs, respectively. (Filing Nos. 411, 412, 413, 414).

Dated: February 25, 2020

CENTRAL VALLEY AG COOPERATIVE, For itself and as sponsor for the Central Valley Ag Cooperative Health Care Plan, Plaintiff.

  /s/ *Michaelle L. Baumert*
Michaelle L. Baumert (NE Bar #20948)
Michaelle.Baumert@jacksonlewis.com
Kenneth M. Wentz, III (NE Bar #23580)
WentzK@jacksonlewis.com
Brock J. Pohlmeier (NE Bar #25817)
Brock.Pohlmeier@jacksonlewis.com
**JACKSON LEWIS P.C.**
10050 Regency Circle, Suite 400
Omaha, NE 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363

René E. Thorne (admitted *pro hac vice*)
ThorneR@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

  /s/ *Michaelle L. Baumert*

4835-5061-0356, v. 2