# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3044
_____

Central Valley Ag Cooperative, for itself and as Fiduciary of the Central Valley Ag Cooperative Health Care Plan

Plaintiff - Appellant

Central Valley Ag Cooperative Health Care Plan

Plaintiff

v.

Daniel K. Leonard; Susan Leonard; The Benefit Group, Inc.; Anasazi Medical Payment Solutions, Inc., Advanced Medical Pricing Solutions, Inc.; Claims Delegate Services, L.L.C.

Defendants - Appellees

Linus G. Humpal

Defendant

GMS Benefits, Inc.

Defendant - Appellee
_____

No: 20-1378
_____

Central Valley Ag Cooperative, for itself and as Fiduciary of the Central Valley Ag Cooperative Health Care Plan

Plaintiff - Appellant

Central Valley Ag Cooperative Health Care Plan

Plaintiff

v.

Daniel K. Leonard; Susan Leonard; The Benefit Group, Inc.; Anasazi Medical Payment Solutions, Inc., Advanced Medical Pricing Solutions, Inc.; Claims Delegate Services, L.L.C.

Defendants - Appellees

Linus G. Humpal

Defendant

GMS Benefits, Inc.

Defendant - Appellee

___

Appeals from U.S. District Court for the District of Nebraska - Omaha
(8:17-cv-00379-LSC)

___

**JUDGMENT**

Before BENTON, ERICKSON and GRASZ, Circuit Judges.

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the district court's grant of summary judgment in favor of defendants and its award of attorney's fees to defendants is affirmed in accordance with the opinion of this Court.

February 01, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans