IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE and CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN,<br><br>Plaintiffs,<br>v.<br><br>DANIEL K. LEONARD; SUSAN LEONARD; THE BENEFIT GROUP, INC.; ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS; CLAIMS DELEGATE SERVICES, LLC; and GMS BENEFITS, INC.,<br><br>Defendants. | CASE NO. 8:17-CV-379<br><br><br><br>**SATISFACTION OF JUDGMENT** |

The Benefit Group, Inc., by and through its undersigned counsel, hereby acknowledges receipt of full and complete payment in satisfaction of the Judgments entered against Plaintiffs and in favor of The Benefit Group, Inc., in the above-captioned lawsuit, inclusive of interests and costs. Said Judgments as they affect The Benefit Group, Inc.'s rights against Plaintiffs in this case are hereby forever released of record.

DATED this 12th day of February, 2021.

                        THE BENEFIT GROUP, INC.
                        Defendant,

By:   /s/ Timothy J. Thalken
       Timothy J. Thalken, #22173
       FRASER STRYKER PC LLO
       500 Energy Plaza
       409 South 17th Street
       Omaha, NE 68102
       (402) 341-6000
       (402) 341-8290 - fax
       tthalken@fslf.com
       ATTORNEYS FOR DEFENDANT
       THE BENEFIT GROUP, INC.