IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE, for itself and as Fiduciary of the CENTRAL VALLEY AG COOPERATIVE HEALTH CARE PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL K. LEONARD; SUSAN LEONARD; THE BENEFIT GROUP, INC.; ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS; CLAIMS DELEGATE SERVICES, LLC; and GMS BENEFITS, INC., <br><br> Defendants. | CASE NO. 8:17-cv-379 <br><br> SATISFACTION OF JUDGMENT |

GMS Benefits, Inc. and Daniel K. Leonard and Susan K. Leonard (collectively "GMS Defendants"), hereby acknowledge receipt of full and complete payment in satisfaction of the Judgments entered against Plaintiffs in favor of the GMS Defendants in the above captioned lawsuit, inclusive of interests and costs. Said Judgments as they affect the GMS Defendants' rights against Plaintiffs in this case are forever released of record.

DATED this 16th day of February, 2021.

DANIEL K. LEONARD, SUSAN LEONARD, GMS BENEFITS, INC.,

By:   */s/ Diana J. Vogt*
   Diana J. Vogt, NE #19387
   Robert S. Sherrets, NE #24791
   James L. Schneider, NE #25825
   SHERRETS BRUNO & VOGT LLC
   260 Regency Parkway Drive, St. 200
   Omaha, NE 68114
   (402)390-1112 Telephone
   (402)390-1163 Facsimile
   law@sherrets.com

   ATTORNEYS FOR DEFENDANTS DANIEL K. LEONARD, SUSAN LEONARD AND GMS BENEFITS, INC.