IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CENTRAL VALLEY AG COOPERATIVE,<br><br>*Plaintiff,*<br><br>v.<br><br>DANIEL K. LEONARD, SUSAN LEONARD, THE BENEFIT GROUP, INC., ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. d/b/a ADVANCED MEDICAL PRICING SOLUTIONS, CLAIMS DELEGATE SERVICES, LLC and GMS BENEFITS, INC.<br><br>*Defendants.* | CIVIL ACTION NO.<br>8:17-cv-00379-LSC-CRZ<br><br>**SATISFACTION OF JUDGMENT** |

Anasazi Medical Payment Solutions, Inc. d/b/a Advanced Medical Pricing Solutions ("AMPS") and Claims Delegate Services, LLC ("CDS"), by and through their undersigned counsel, hereby acknowledges receipt of full and complete payment in satisfaction of the Judgments entered against Plaintiff and in favor of AMPS and CDS in the above-captioned lawsuit, inclusive of interest and costs. Said Judgments as they affect AMPS's and CDS's rights against Plaintiff in this case are hereby forever released of record.

DATED this 19th day of February, 2021.

                                                ANASAZI MEDICAL PAYMENT
                                                SOLUTIONS, INC. d/b/a ADVANCED
                                                MEDICAL PRICING SOLUTIONS and
                                                CLAIMS DELEGATE SERVICES, LLC,
                                                Defendants

                            By:   */s/ Henry M. Perlowski*
                                     Henry M. Perlowski

Georgia Bar No. 572393 (*pro hac vice*)
Megan P. Mitchell
Georgia Bar No. 916934 (*pro hac vice*)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Phone: (404) 873-8684
Fax: (404) 873-8685
henry.perlowski@agg.com
megan.mitchell@agg.com

*/s/ Richard P. Jeffries*
Richard P. Jeffries #20089
Tara A. Stingley #23243
Jordan R. Hasan #25468
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, LLP
Sterling Ridge
12910 Pierce Street
Omaha, NE 68144
Phone: (402) 397-1700
Fax: (402) 397-1806
rickjeffries@clinewilliams.com
tstingley@clinewilliams.com
jhasan@clinewilliams.com

## CERTIFICATE OF SERVICE

 I hereby certify that on the 19th day of February, I electronically filed the foregoing document with the Clerk of the Court using the CM / ECF system, which sent notification of said filing to all counsel of record.

              */s/ Richard P. Jeffries*
              Richard P. Jeffries