# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3044

Central Valley Ag Cooperative, for itself and as Fiduciary of the Central Valley Ag Cooperative Health Care Plan

Appellant

Central Valley Ag Cooperative Health Care Plan

v.

Daniel K. Leonard, et al.

Appellees

Linus G. Humpal

GMS Benefits, Inc.

Appellee

No: 20-1378

Central Valley Ag Cooperative, for itself and as Fiduciary of the Central Valley Ag Cooperative Health Care Plan

Appellant

Central Valley Ag Cooperative Health Care Plan

v.

Daniel K. Leonard, et al.

Appellees

Linus G. Humpal

GMS Benefits, Inc.

Appellee

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:17-cv-00379-LSC)
(8:17-cv-00379-LSC)

## MANDATE

In accordance with the opinion and judgment of 02/01/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 22, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit